# Exhibit A

https://web.archive.org/web/20251105225145/https://www.theblaze.com/news/shes-one-of-us-steve-baker-stuns-glenn-beck-with-bombshell-revelation-about-j6-pipe-bomb-suspect    2026-01-30T13:59:53-05:00

INTERNET ARCHIVE WayBackMachine    https://www.theblaze.com/news/shes-one-of-us-steve-baker-stuns-glenn-beck-with-bombshell-revelation-about-j6-pipe-bomb-suspect    Go    OCT NOV DEC

8 captures    ◀ 05 ▶
5 Nov 2025 – 14 Jan 2026    2024 2025 2026    ▼ About this capture



SIGN IN    SUBSCRIBE

# Blaze media

NEWS
OPINION
RADIO
BLAZETV
SHOP

MENU

**POLITICS**

# 'She's one of us!' Steve Baker stuns Glenn Beck with bombshell revelation about J6 pipe-bomb suspect

**JOSEPH MACKINNON**
NOVEMBER 05, 2025








Beck indicated that the suspect will be named as soon as the relevant agencies have 'battened down the hatches.'

Blaze News investigative reporters Steve Baker and Joseph Hanneman have spent years working to identify the masked individual who placed pipe bombs near the headquarters of the Republican National Committee and the Democratic National Committee in Washington, D.C., on Jan. 5, 2021.

Baker, whom the Biden FBI arrested over his January 6 reporting, revealed to Blaze Media co-founder Glenn Beck on Wednesday that they have finally locked in on a suspect. What's more, Baker hinted that the suspect's imminent identification will implicate and shame at least one federal agency.

## 'It is monstrous.'

Baker told Beck, "When I pulled this thread, I was so shocked by what I saw, I immediately took it to a source in one of the most important, highest-level investigative federal agencies in the country. I immediately took it to our sources there, and I said, 'You have to see this.'"

"After they looked at it for about two hours, the response that I got back was, 'Holy F,'" continued Baker. "And then the follow-up response was, 'She's one of us!'"

**Sign up for the Blaze newsletter**

By signing up, you agree to our Privacy Policy and Terms of Use, and agree to receive content that may sometimes include advertisements. You may opt out at any time.

Your email →

## Related Content



— (@)

When pressed by Beck about his confidence level in the suspect ID, Baker said, "I will tell you that from gait analysis — that's the analysis of the hoodied bomber ... compared to the gait analysis of this individual in private life and at work — that the actual software hit at a 94% accuracy."

"Human analysis from the experts in intelligence is much higher," continued Baker. "They looked at it and went, 'My God, that's it. We got it.'"

**RELATED: Analysis: FBI's Jan. 6 pipe bomb update omits key evidence, withholds video**



FBI

Forensic gait analysis — the scientific study of patterns in an individual's style of movement in walking or running — is regarded as one of the most sophisticated approaches to identifying an individual from CCTV footage or video recordings and as especially valuable in the absence of other biometric identifiers.

The American Bar Association's Criminal Justice Magazine noted in 2023 that gait analysis, which has been used to help secure criminal convictions throughout the Anglosphere for decades, "can be compelling, corroborating evidence," especially since "criminals cannot hide their gait."

Baker indicated that he left some "breadcrumbs" in recent reports.

Hanneman and Baker reported last week, for instance, that the 8.5-minute video about the Jan. 6 pipe bombs released by the FBI in October contained footage edited to exclude showing a U.S. Capitol Police SUV pull up directly across the street from where the suspect stood at 8:15 p.m. on January 5, 2021.

In addition to raising suspicion about the selective edit, the investigative duo claimed that the FBI also deliberately chose not to publicly acknowledge the theory that the pipe bombs were part of a poorly timed training exercise.

Baker told Beck on Wednesday that while the FBI and the Metropolitan Police Department are offering a $500,000 reward for evidence that leads to an arrest in the case, he didn't take the new evidence implicating the yet-to-be named suspect to the agencies "because we believe that they were actively engaged in the cover-up."

Baker indicated that there are national security-related briefings under way, and Beck said that the suspect's name will be released after the relevant agencies have "battened down the hatches."

Beck said, "This is one of the biggest stories — I think it is the biggest scandal of my lifetime, maybe in the last 100 years. It is monstrous."

*Like Blaze News? Bypass the censors, sign up for our newsletters, and get stories like this direct to your inbox. Sign up here!*



We have not been able to archive the video associated with this YouTube page.

Watch video on YouTube
Error 153
Video player configuration error



123 Comments

**JOSEPH MACKINNON**

Joseph MacKinnon is a staff writer for Blaze News.

**@HeadlinesInGIFs →**

## MORE STORIES



Get the stories that matter most
delivered directly to your inbox.

✉ Your email                                                    →

By signing up, you agree to our Privacy Policy and Terms of Use, and agree to receive content that may
sometimes include advertisements. You may opt out at any time.

Terms of Use   Privacy Policy   California Privacy Notice
Do Not Sell or Share My Personal Information

© 2025 Blaze Media LLC. All rights reserved.