# Exhibit D

https://www.theblaze.com/news/former-capitol-police-officer-a-forensic-match-for-jan-6-pipe-bomber-sources-say

2026-01-12T20:30:38-05:00

MY ACCOUNT    SUBSCRIBE



MENU



JANUARY 6

# UPDATE: Former Capitol Police officer a forensic match for Jan. 6 pipe bomber, sources say

**STEVE BAKER & JOSEPH M. HANNEMAN**

NOVEMBER 08, 2025

support us

  

The FBI releases new video of alleged Jan. 6 pipe bomber.

Dec. 4, 2025: Blaze News considers fairness and accuracy to be the defining goals of any news organization. Our report posted on Nov. 8, 2025, about the Jan. 6 pipe bombs was based on sourcing from individuals in a position to know this type of sensitive law enforcement information who have a demonstrated record of reliability and accuracy. Of note, the sources continue to stand by the information they provided to Blaze News. At all times, the reporting adhered to professional journalistic standards and was published with a good-faith belief in its truth. Even so, in light of Thursday's developments and the FBI's arrest of another individual, Virginia resident Brian Cole Jr., in connection with the Capitol pipe-bomb incident, we consider the values of fairness and accuracy to require retraction of this article.

After publication, Steve Bunnell, whom the Washington Post identified as an attorney for the Capitol Police officer, told the Post his client "categorically denies" that she planted the pipe bombs.

The featured image on this article was changed on Dec. 4, 2025.

## Sign up for the Blaze newsletter

By signing up, you agree to our Privacy Policy and Terms of Use, and agree to receive content that may sometimes include advertisements. You may opt out at any time.

✉ Your email →

## RELATED CONTENT

 Goodbye, car radio? Big Tech's plans to control what you listen to behind the wheel.

 Christians are refusing to compromise — and it's terrifying all the right people

 $4,500 fee to own a car? Welcome to Virginia.

   

---



### STEVE BAKER
CONTRIBUTOR

Steve Baker is an opinion contributor for Blaze News and an investigative journalist.

**@SteveBakerUSA** →

---



### JOSEPH M. HANNEMAN

Joseph M. Hanneman is an investigative reporter for Blaze Media.

**@HanneBlaze64** →

---

## MORE STORIES



**JOHN MAC GHLIONN**

I joined a cult — and I'm not leaving



**ZACH LAIDLAW**

New phone? Set it up like this — or you might kiss your data goodbye



**JOHN MAC GHLIONN**

Rush reunites. Let the hate begin.



## Get the stories that matter most delivered directly to your inbox.

✉ Your email →

By signing up, you agree to our Privacy Policy and Terms of Use, and agree to receive content that may sometimes include advertisements. You may opt out at any time.

Terms of Use    Privacy Policy    California Privacy Notice
Do Not Sell or Share My Personal Information

© 2026 Blaze Media LLC. All rights reserved.