# Exhibit E

https://x.com/SteveBakerUSA/status/2040491914584014963    2026-04-06T09:45:12-04:00

 **Steve Baker** ✔
@SteveBakerUSA

🚨 J6 Video You've Never Seen 🚨

The much-feared media company-killing law firm, Clare Locke, that represents former @CapitolPolice officer and current @CIA asset Shauni Kerkhoff -- (Oh, let's be real ... they represent the CIA) -- sent a demand/preservation letter to @theblaze, me, and @HanneReports. Basically, a threat of a defamation lawsuit. In that letter, they stated:

"Blaze Media's analysis was also factually flawed. Ms. Kerkhoff's 2015 soccer injury did not give her a 'slight limp' from which any reasonable 'analyst' could link her to the bombing suspect. Ms. Kerkhoff has fully recovered from her injury. In the interim, she has run multiple marathons."

Given that Clare Locke has dedicated resources to monitoring every word we write and every one of our media appearances, they must know we have hours of video of Ms. Kerkhoff's unusual "circumduction gait." (A kind of limp.) Hours of video we've harvested from Capitol CCTV of her as a Capitol Police officer on January 5 and 6, 2021, and from her short professional soccer career. Almost all of which is readily available to any member of the public, press, or one of the law firm's taxpayer-funded paralegals. (Routed through some dark money conduit, foundation, or NGO. Kerkhoff cannot afford an $1,800 per hour law firm, well-known for not taking defamation cases on contingency.)

Is Clare Locke incompetently representing their client, Ms. Kerkhoff (er ... CIA) -- by that easily disproved assertion -- or were they just trying to scare The Blaze into a quick settlement before their client would have to face the harsh reality of trial discovery?

As for Ms. Kerkhoff being a marathon runner, we already knew that. Despite their best efforts to scrub her former internet history, we'd already captured many photos of her participation in marathon events from deep web scrapes. The most interesting little nugget about that is:

The until-recently Congressional Liaison to The FBI, Marshall Yates, once told me -- while reviewing video of the J6 pipe bomber in the office of his former employer, @RepThomasMassie -- "We need to be looking for a marathon runner." Why? Because of distinct physical traits that are characteristic of marathon runners and exhibited by the bomber while on that 44-minute trek around the DNC and RNC on the night of J5. (More on that, later.)

Clare Locke says, "No limp." Video evidence says otherwise.

Joe and I launch our new endeavor on Monday -- free of corporate media censorship -- where we'll finally be able to tell the whole story and show you the videos @FBI never wanted you to see.



2:09 PM · Apr 4, 2026 · **2M** Views



**Steve Baker** ✔ @SteveBakerUSA · 202 4

That's warm weather gear and body armor. She's very fit and athletic.

💬 2          🔁          ♡ 20          ᐧ�日 5.6K          🔖 ⬆

**Story Teller** @LuxUmbraAnima · Apr 4

Isnt this the same law firm hired to go after @RealCandaceO by the Macrons?

💬 7          🔁 1          ♡ 12          ᐧ日 21K          🔖 ⬆

**Steve Baker** ✔ @SteveBakerUSA · Apr 4

🙇

💬 1          🔁 1          ♡ 14          ᐧ日 19K          🔖 ⬆

**Kacee111** 🇺🇸🏔🇺🇸 @2416Kacee · Apr 4

My question is WHY would this current FBI pin this on an innocent man?? Why?? I really thought they were better than this. They previously spoke on combatting corruption, so WHY?? This is where I'm lost

💬 31          🔁 6          ♡ 50          ᐧ日 23K          🔖 ⬆

**Steve Baker** ✔ @SteveBakerUSA · Apr 4

Because you think the appointed figureheads of the intel agencies change the direction of "the Blob." The Blob only and always protects The Blob.

💬 15          🔁 30          ♡ 467          ᐧ日 20K          🔖 ⬆

**Check This Out** @CheckThisOut00 · Apr 4

How is someone that obese allowed to have a a law enforcement job?

💬 5          🔁          ♡ 2          ᐧ日 4.9K          🔖 ⬆

**Steve Baker** ✔ @SteveBakerUSA · Apr 4

She's not obese. That's cold weather gear and body armor. She's quite trim and fit.

💬 2          🔁          ♡ 16          ᐧ日 4.6K          🔖 ⬆

**Code Duello** ✔ @Code_Duello · 21h

I love that the surveillance state is being used against the surveillance

state.

♡ 1        ↻ 9        ♡ 259        ıl 5.6K        🔖 ⬆

**Steve Baker** ✓ @SteveBakerUSA · 21h        ⌀ ···
Sweet revenge

♡          ↻ 1        ♡ 148        ıl 5.1K        🔖 ⬆

**Ronald Camillo** ✓ @ronald_camillo · Apr 4        ⌀ ···
No way that chick ran anywhere near a marathon.

♡ 2        ↻          ♡ 18        ıl 12K        🔖 ⬆

**Steve Baker** ✓ @SteveBakerUSA · Apr 4        ⌀ ···
Under the body armor and cold weather gear she is quite fit.

♡ 2        ↻          ♡ 58        ıl 12K        🔖 ⬆

**jayjay** 🇺🇸🎸🏀🕍🖼️🏕️💻 @jayjaygreatpat · Apr 4        ⌀ ···
Massie did a shout out to you.  Prepare for a massive influx of American Patriots on your side.

♡ 6        ↻ 5        ♡ 222        ıl 12K        🔖 ⬆

**Steve Baker** ✓ @SteveBakerUSA · Apr 4        ⌀ ···
🙏🙏🙏

♡ 3        ↻ 2        ♡ 148        ıl 11K        🔖 ⬆

**TCAG75** @tcag75 · Apr 4        ⌀ ···
well thats a very distinctive walk
but be careful
even someone w a limp can "fake " a regular walk temporarily if needed.
like in front of a judge
similar to making a suspect try on clothing they dont want to fit
"if it dont fit, you must acquit"

♡ 4        ↻ 1        ♡ 10        ıl 8.7K        🔖 ⬆

**Steve Baker** ✓ @SteveBakerUSA · Apr 4        ⌀ ···
She can't fake it enough to compensate for hours of video we have on file.





in the j5 surveillance video released by the FBI.

💬 4        🔁 1        ♡ 8        📊 10K        🔖 ⬆️

**Steve Baker** ✔ @SteveBakerUSA · Apr 4

that which was released by FBI is frame rate altered to obscure gait. just wait.

💬 5        🔁 10        ♡ 163        📊 9.5K        🔖 ⬆️

Show replies

**Kristen Tiede** ✔ @ktiede20 · 19h

I will support your effort in anyway possible! Keep finding and presenting the truth sir! We know they are corrupt and must be held accountable. Thank you for all you do! 🇺🇸🇺🇸🇺🇸

💬 1        🔁 1        ♡ 25        📊 3.1K        🔖 ⬆️

**Steve Baker** ✔ @SteveBakerUSA · 19h

🙏🙏🙏

💬        🔁        ♡ 15        📊 2.7K        🔖 ⬆️

**dino_electropolis (Fully Unvaxxed)** @d_electropolis · Apr 4

Can we see video of the pipe bomber's gait for comparison?

💬 2        🔁        ♡ 1        📊 6.9K        🔖 ⬆️

**Steve Baker** ✔ @SteveBakerUSA · Apr 4

Coming.

💬 2        🔁        ♡ 22        📊 6.2K        🔖 ⬆️

Show replies

**Soke Saki** @MrSokeSaki · Apr 4

Have you found any video of Shauni Kerkhoff at the Capitol between 7 PM and 8:30 PM on January 5th, 2021?

💬 2        🔁        ♡ 2        📊 2.4K        🔖 ⬆️

**Steve Baker** ✓ @SteveBakerUSA · Apr 4
She was not at the Capitol Building during that time.

💬   🔁   ♥ 12   📊 2.1K   🔖 ⬆️

**Paul Gsell** @GsellPaul56599 · 18h
That fat pig can run marathons like I can run triathlons

💬 1   🔁   ♥   📊 940   🔖 ⬆️

**Steve Baker** ✓ @SteveBakerUSA · 16h
You're not looking at the right person. Follow the highlighted cop

💬 1   🔁   ♥ 8   📊 892   🔖 ⬆️

Show replies

**Domestic Terrorist (America Only CO Go...** @RavensLandi... · 16h
So you were fired because the feds threatened to sue the Blaze.

💬 1   🔁   ♥   📊 578   🔖 ⬆️

**Steve Baker** ✓ @SteveBakerUSA · 15h
Not exactly

💬 1   🔁   ♥ 3   📊 556   🔖 ⬆️

Show replies

**Phil Kennedy** ✓ @PhillipAKennedy · Apr 4
Speaking of J6 footage never seen, I'd like to see the alleged footage of POI #2 exiting the East Falls Church metro station.

💬 5   🔁 32   ♥ 394   📊 26K   🔖 ⬆️

**Steve Baker** ✓ @SteveBakerUSA · Apr 4
Say hello. :)



♡ 19          ⟲ 72                    ♡ 889              ᴨ 24K                    🔖 ⬆

**Phil Kennedy** ✔ @PhillipAKennedy · Apr 4                              ⌀  ···
There's no good reason for that guy to be randomly staying at the home
next door to Shauni Kerkhoff, and I'll go to my grave believing that.

♡ 8          ⟲ 15                    ♡ 201              ᴨ 5.5K                   🔖 ⬆

**Jurassic Carl** 🦕🐀 @carl_jurassic · Apr 4                              ⌀  ···
Is this the dood who was randomly taking photos of signs that week?

♡ 1          ⟲ 2                     ♡ 27               ᴨ 1.9K                   🔖 ⬆

**Phil Kennedy** ✔ @PhillipAKennedy · Apr 4                              ⌀  ···
POI 2 (the guest) was the one taking photos. He was staying with POI 3 (the
neighbor)

♡ 1          ⟲ 1                     ♡ 55               ᴨ 1.8K                   🔖 ⬆

**Kyle Seraphin** ✔ @KyleSeraphin · Apr 4

Pretty weird to change appearance after getting off the train.



- Face Services – attached is the best current pic for POI#2. Photo was submitted to Face Services but it was rejected for being poor quality. Can someone on day shift work on sending this photograph to the lab to be enhanced? USCP and Supreme Court are working on getting a better photo of POI #2 tomorrow morning.

Day work suggestions for PIO #2:

♡ 1        ⇄ 2        ♡ 35        ᵢₗᵢ 1.3K        🔖 ⬆

 **Phil Kennedy** ✔ @PhillipAKennedy · Apr 4

Isn't POI 2 wearing a white mask after getting off the train in Baker's photo?

And why is the person in Kyle's photo wearing hooded jacket instead of a red hat? What required a clothing change?

♡        ⇄ 2        ♡ 25        ᵢₗᵢ 1.2K        🔖 ⬆

 **dvr1984** @dvr198438210 · Apr 4

How many years ago was she a "marathon runner" ? Looks to me that the only thing she was running for was a plate of food.

♡ 1        ⇄        ♡ 2        ᵢₗᵢ 2.9K        🔖 ⬆

 **Steve Baker** ✔ @SteveBakerUSA · Apr 4

You're seeing winter gear over body armor. She was very fit at that time.



💬 1    🔁    ♡ 12    📊 2.6K    🔖 ⬆

**dvr1984** @dvr198438210 · Apr 5    ⌀ ⋯
My bad, I thought that was a dude. I thought you were talking about the other one (on the right) in the video with the obvious weight problem.

💬    🔁    ♡    📊 135    🔖 ⬆

**D.S** @DinoSanchez99 · Apr 4    ⌀ ⋯
Does no one remember when Tucker was given the videos to release to the public
What happened there?

💬 1    🔁 3    ♡ 14    📊 3.9K    🔖 ⬆

**Steve Baker** ✔ @SteveBakerUSA · Apr 4    ⌀ ⋯
He never knew about these videos, and you have to k own what you're looking for in the 10s of thousands of hours of that video.

💬 1    🔁 1    ♡ 62    📊 3.4K    🔖 ⬆

**D.S** @DinoSanchez99 · Apr 4    ⌀ ⋯
The question is they said he was to be allowed to view the videos and then they just stopped him from it all together.
Did he ever talk about why they stopped him from it and if he saw something he wasn't allowed to talk about

💬 2    🔁    ♡ 6    📊 382    🔖 ⬆

**Steve Baker** ✔ @SteveBakerUSA · Apr 4    ⌀ ⋯
Who is "they?" It wasn't the congressional committee. I was one of the very next journalists given access, immediately after Tucker.

💬 1    🔁    ♡ 11    📊 355    🔖 ⬆

**Brent Antisdel** @bnablacla · Apr 4    ⌀ ⋯
Steve, I dont think I ever heard how you, Joe and Armitas narrowed it down to Kirkoff, it seems like it would be like looking for a needle in a haystack. Maybe I missed an article or podcasts of the explanation, please advise

💬 5    🔁    ♡ 24    📊 11K    🔖 ⬆



**Steve Baker** ✔ @SteveBakerUSA · Apr 4
the origin story is coming

💬 1     🔁 4     ♥ 137     📊 10K

**LaNinibella** ✔ @l_ninibella · Apr 4
Will you or have you explained why this woman was not charged and why/how the other guy was?

💬 1     🔁     ♥ 1     📊 308

**Brent Antisdel** @bnablacla · Apr 4
If I may, Kirkoff may have been used by the Capitol police, under the premise of a training exercise to create a diversion for Jan 6th on behalf of individuals in congress. Kirkoff was hired on by the CIA shortly after. The two Capitol police who "found" the bombs hired by FBI

💬 1     🔁 1     ♥ 8     📊 288

**Alexander Peresviet** @AlexPeresviet · Apr 4
That is a limp on the left leg.
Long distance running can have a negative effect on the cartilage of a knee especially on the curves surface of a road or other uneven surfaces.

💬 2     🔁     ♥ 8     📊 7.2K

**Steve Baker** ✔ @SteveBakerUSA · Apr 4
right leg. tibia break in soccer.

💬 2     🔁 2     ♥ 74     📊 6.5K

**patrickdotnet** @patrickdotnet · 21h
Could you summarize this? It's VERY hard to parse that tweet. Are you saying that the pipe bomber was probably with the CIA?

💬 1     🔁     ♥     📊 2K

**Steve Baker** ✔ @SteveBakerUSA · 21h
IS with the CIA.

💬 2     🔁 1     ♥ 18     📊 1.8K

**patrickdotnet** @patrickdotnet · 15h

Thank you! So, please, give me like just one or two clear sentences that make your point. Who exactly (name) did what exactly and for whom?

💬          ⟲          ♡                    123

**PbroRobz** @PbroRobz · Apr 4

Keep in mind also, she's wearing her "gear". They'll likely cause-effect link that to any noticed gait differences.

💬 1        ⟲          ♡ 1                  2K

**Steve Baker** ✓ @SteveBakerUSA · Apr 4

She has the same gait without the gear on.

💬 1        ⟲          ♡ 21                 1.7K

**PbroRobz** @PbroRobz · Apr 4

Agreed.

💬          ⟲          ♡                    115

**Kevin Robot** @KevintheRobot · Apr 4

We've all seen the photos of Shauna Kerhoff gleefully shooting something (possibly rubber bullets) into a peaceful crowd on Jan 6th. She certainly seems incredibly partisan and corrupt

💬 1        ⟲ 1        ♡ 76                 3.9K

**Steve Baker** ✓ @SteveBakerUSA · Apr 4

Pepper balls.

💬 1        ⟲ 1        ♡ 63                 3.5K

**jimtronics1970** @jimtronics1970 · Apr 4

When you show this, you should show the comparison

💬 1        ⟲          ♡ 4                  1.8K

**Steve Baker** ✓ @SteveBakerUSA · Apr 4

That's coming.

○ 1                 ⇄                ♡ 8         ⍤ 1.6K           🔖 ⬆

**Hamfists** @Hamfists48 · Apr 4                                              ⌀  ···

Didn't you recently have an unexpected heart condition?



The CIA's 'Heart Attack Gun': A Cold War Weapon for Targeted Assassinations

From military.com

○ 5                 ⇄ 7              ♡ 53        ⍤ 6.3K           🔖 ⬆

**Steve Baker** ✔ @SteveBakerUSA · Apr 4                                     ⌀  ···

Yes.

○ 3                 ⇄ 3              ♡ 85        ⍤ 5.5K           🔖 ⬆

**FSP** @FrancesScott007 · Apr 4                                             ⌀  ···

Have you been in Raleigh for a while?  I used to work in news there. 1998–2005 & 2009-2012.

○ 2                 ⇄                ♡ 7         ⍤ 1.3K           🔖 ⬆

**Steve Baker** ✔ @SteveBakerUSA · Apr 4                                     ⌀  ···

I remember you!

I've been here since 1993.

○                   ⇄                ♡ 12        ⍤ 1.2K           🔖 ⬆

 **CannCon** ✓ GP @canncon · Apr 4

Really hoping you have this backed-up with an unnamed person.  Or five.
Keep it up!!

💬 2        ⟲ 4        ♡ 191        ılı 12K        🔖 ⬆

 **Steve Baker** ✓ @SteveBakerUSA · Apr 4



💬 2        ⟲ 10        ♡ 272        ılı 11K        🔖 ⬆

 **Moe's Place** ✓ @MeetYouAtMoes · Apr 4

How can we best help support the new endeavor, Steve?





**TAKE MY MONEY!!!**

⏸ GIF

💬 1    🔁 11    ♡ 303    �iₗₗ 24K    🔖 ⬆️

**Steve Baker** ✅ @SteveBakerUSA · Apr 4    ⊘ ···
Announcing on Monday! Thank you.

💬 5    🔁 22    ♡ 486    �iₗₗ 22K    🔖 ⬆️

**Moe's Place** ✅ @MeetYouAtMoes · Apr 4    ⊘ ···
Excellent.

And thank YOU. 😎 🫵 🇺🇸

💬    🔁    ♡ 13    �iₗₗ 775    🔖 ⬆️

**Hello Miss American Pie** @earthrider1 · Apr 4    ⊘ ···
Has there been a circulated side-by-side view of this (Kerkhoff) and Pipe
Bomber walking? It certainly does look like a very distinct gait.

💬 3    🔁 1    ♡ 69    iₗₗ 6.3K    🔖 ⬆️

**Steve Baker** ✅ @SteveBakerUSA · Apr 4    ⊘ ···
coming soon

💬 5    🔁 5    ♡ 173    iₗₗ 5.9K    🔖 ⬆️

**Hello Miss American Pie** @earthrider1 · Apr 4    ⊘ ···
🥹 👍

💬    🔁    ♡ 4    iₗₗ 544    🔖 ⬆️

**Highly Censored Steve** ✅ @THEHCC · Apr 4    ⊘ ···
What is that, she has some sort of congenital defect like a club foot?



○ 3     ⟲ 2     ♡ 27     ᐧ�障 12K     🔖 ⬆

**Steve Baker** ✓ @SteveBakerUSA · Apr 4
Soccer injury. Broken tibia.

○ 3     ⟲ 4     ♡ 157     ᐧ 11K     🔖 ⬆

**Highly Censored Steve** ✓ @THEHCC · Apr 4
Well, there you have it. The moron deep state chosen a person of short stature and unique limp to carry out a treasonous hoax.

○ 1     ⟲     ♡ 38     ᐧ 1K     🔖 ⬆

**Anya Minsk** @MinskAnya · Apr 4
I kind of wonder do any of J6 protesters feel regret that they were fighting for the douchebag Trump, who fucked all of us in the end, who turned into evil neocon now that he got all the power

○ 7     ⟲ 2     ♡ 38     ᐧ 5.3K     🔖 ⬆

**Steve Baker** ✓ @SteveBakerUSA · Apr 4
Only about 80 of tens of thousands did any "fighting" with law enforcement that day. Ask them, not the peaceful protestors.

○ 5     ⟲     ♡ 74     ᐧ 4.5K     🔖 ⬆

**Anya Minsk** @MinskAnya · Apr 4
Where did you see me say they were all fighting? I know there were peaceful protesters there

○ 1     ⟲     ♡ 1     ᐧ 571     🔖 ⬆

**Steve Baker** ✓ @SteveBakerUSA · Apr 4
You clearly limped "protestors" with "fighting." You may not have meant to, but you did.

○ 2     ⟲     ♡ 8     ᐧ 528     🔖 ⬆

**Anya Minsk** @MinskAnya · Apr 4
I meant figuratively, supporting Trump, fighting for him. Didn't you all scream "Fight, fight, fight"?

I had my theory that Roger Stone set up "stop the steal" to actually steal elections from him.
But fuck Trump. A corrupt lying neocon pig. I'm done with him

💬 4          🔁          ♡ 9          📊 469          🔖 ↥

---

**alwaysmaga** @alwaysmaga73 · Apr 4                          ∅ ···
Plead the blood of JESUS OVER U 🙏

💬 3          🔁 4          ♡ 59          📊 6.2K          🔖 ↥

---

**Steve Baker** ✔ @SteveBakerUSA · Apr 4                       ∅ ···
🙏

💬 1          🔁 2          ♡ 42          📊 5.9K          🔖 ↥

---

**Fred** @Fred4FreedomUSA · Apr 4                              ∅ ···
Watching you get sued into oblivion is going to be awesome, lol

💬 19         🔁          ♡ 10          📊 8.8K          🔖 ↥

---

**Steve Baker** ✔ @SteveBakerUSA · Apr 4                       ∅ ···



💬 4          🔁 1          ♡ 205          📊 8.1K          🔖 ↥

---

**Fred** @Fred4FreedomUSA · Apr 4                              ∅ ···
Call me a bot all you want, you're a loser without a job now who is in legal

trouble, lol

💬 6          ⟲          ♡ 3          ᵢₗᵢₗ 509          🔖 ⬆️

**Steve Baker** ✅ @SteveBakerUSA · Apr 4                    ∅ ···

Ummm. You don't show your face and make baseless claims behind that anonymity. That makes you a coward.



💬 1          ⟲          ♡ 40          ᵢₗᵢₗ 425          🔖 ⬆️

**Fred** @Fred4FreedomUSA · Apr 4                    ∅ ···

LOL, baseless claims, you must be looking in a mirror. The coward is the person who just lost their job for LYING. Hence why the blaze fired your ass

💬 7          ⟲          ♡ 3          ᵢₗᵢₗ 357          🔖 ⬆️

**Steve Baker** ✓ @SteveBakerUSA · Apr 4

That's actually not the reason, dumbass, even by their own statements.

💬 2        🔁        ♡ 17        📊 313        🔖 ⬆️

**Dullin** @Dullinpick · Apr 5

Fred's a geek, Steve! Get em!! We all know the 1/6 nothing burger was a democrat/blob grift.

💬 1        🔁        ♡        📊 69        🔖 ⬆️

**Fred** @Fred4FreedomUSA · Apr 5

Well if it was a democrat grift I am sure you are very upset Trump pardoned everyone.  You must hate he pardoned all those democrats

💬 2        🔁        ♡ 1        📊 77        🔖 ⬆️

**Donald Ward** ✓ @WardoftheStates · Apr 4

The J6 Pipe Bomb suspect Brian Cole Jr. has not only confessed multiple times to planting the explosives but his lawyers are currently arguing his crimes are covered under President Trump's blanket pardon of the J6 protestors.
Steve Baker is a hack liar.

Man charged with planting bombs near the Capitol claims he's covered by Tru...

From politico.com

💬 23        🔁 3        ♡ 25        📊 9.6K        🔖 ⬆️



**Steve Baker** @SteveBakerUSA · Apr 4

You are an ignoramous. Confessed "several times?" Wow. You are aware that autistic people give the highest rate of false confessions? No, I didn't think so. That he was interrogated for four hours, with no attorney present? You're okay with autistic folk being badgered for four

Show more

💬 10          ↻ 22          ♡ 358          �𝗂𝗅ᵢ 7.7K          🔖 ↥



**Timothy Shea** ✔ @TheReckoningTNT · Apr 4

Most convincing evidence in favor of his innocence: Bongina and Blondi held a presser where both said he was their man.

💬 1          ↻ 1          ♡ 38          ᠁ 667          🔖 ↥

**Donald Ward** ✔ @WardoftheStates · Apr 4

I thought the most convincing evidence was surely the GAIT ANALYSIS algorithm interpreted by an anonymous Rando who totally exists and DUDE, BRO, TRUST ME ON THIS, MY NAME IS STEVE BAKER!





💬 2    🔁 1    ♡ 2    📊 542    🔖 ⬆️

**ivebenshot** ✔ @EricGib54794636 · 23m
I'll be praying for you, stay safe out there.

💬    🔁    ♡    📊 3    🔖 ⬆️

**Clint LaPrade** @ClintLaPrade72 · 21h
It would be nice for once to feel like there is justice in this world. Unfortunately I have this suspicion not a single person will be held to account in this life for the evil they partook in.

💬    🔁    ♡ 2    📊 163    🔖 ⬆️

**IECBC** @tinedanxer · Apr 5
To th comments about what marathon runners look like by people who obviously never ran one.  3/4 of the lineup looks like folks you would never believe can FINISH a marathon. They will maintain a faster pace than non-runners believe. After the race they'll devour LOTS of carbs.

💬    🔁    ♡    📊 245    🔖 ⬆️

**Olden Days** @ChowHound48 · Apr 5
Some day you must sit down and tell us about what Glenn Beck is really like. What he's like out of the spotlight. Is he really as "holy" as he makes out to be? He just seems like a snake oil salesman to me.

💬    🔁    ♡ 1    📊 264    🔖 ⬆️

**Super Saiyan54** @SSaiyan54 · 6h
Geez, conspiracy much. Someone who formerly worked for Massie, saw a video and said you should be looking for a marathon runner... LMAO

💬    🔁    ♡    📊 22    🔖 ⬆️

**StopTheGreatThwart** @GibboJimbo · 6h
Isn't she too rotund to be the pipe bomber? My recollection of the footage of the suspect didn't suggest rollypollyolly.

🇺🇸 **Heather** 🇺🇸 @Heather558894 · 13h

Once you see it, you can't unsee it. Of course I'm actually familiar with surgery changing the way you walk. A surgery on one foot without proper PT afterwards has left me walking heel-toe on one foot and a rolling step from the outside to the inside on the other.

il 55

**rome clubber** ✔ @romeclubber · Apr 4

they let the physically disabled chick do the op cuz DEI.. hoisted by their own pitard!

1    il 756

**ronnie** ✔ @hotfix98 · Apr 4

@grok can you explain the thesis/claim of this post in 2 sentences

1    il 532

**Style Girl** @deborah_fo90277 · 9h

My God, the corruption is off the charts!

il 31

**Moonbeam** @Moonbeams2332 · 16h

Now what about this polygraph she failed...

2    il 64

**Chris Blansett** ✔ @blansettchris · Apr 4

@grok can you give me the story on this? I don't get the inference.

1    il 1.4K

**Alan Bird** @AlanBir97387525 · Apr 4

If they sue the door is open to discovery. Bring it on!

1    il 301

**Fred Fish** @DougGoesNova · Apr 4

@dbongino @BonginoReport Dan Bongino, this story is exploding.  Do you think the intelligence community might have lied to you?

💬    ↻ 1    ♡ 3    📊 584    🔖 ↥

**JP** @JPar024 · 5h

If that's her in this video, she has a distinct walk for sure. Going to be interesting to see how this all plays out. Great reporting Steve. I'm floored that the @BlazeTV fired you! Aren't you doing what reporters are supposed to do, get to the truth of a story?

💬    ↻    ♡ 1    📊 11    🔖 ↥

**John C** @JohnC19956813 · 20h

Dont forget when the person sat down at some point,
they adjusted what appeared to be a sports bra.
No guy does that.
#j6clownsneedtobeperpwalked

💬 1    ↻    ♡ 2    📊 128    🔖 ↥

**NoCompromise** 🌿 @ClubaLeftist · 16h

Great work Steve and keep pushing. The other slam dunk along with all your videos is the timing of the arrest of Cole.  Absurd!! After 5 years of apparently no leads, all of a sudden within mere days of your ID of Kerkhoff, FBI amazingly finds the supposed bomber!! 😂🤡

💬    ↻    ♡    📊 63    🔖 ↥

**America First** 🇺🇸 @pair_a_dize · Apr 4

Steve Baker is now unleashed and has additional  fuel to add to his journalistic fire 🔥. Exciting times! 🇺🇸

💬    ↻    ♡ 3    📊 773    🔖 ↥

**Mandy** @Mandy26032998 · 17h

THANK YOU STEVE!! I have been losing hope .

💬    ↻    ♡ 1    📊 33    🔖 ↥

**GiveMeLiberty** ✔ @ru23052 · Apr 23

So who exactly is the patsy that the FBI have arrested in connection with the J5 pipe bombs?

Isn't he supposed to have confessed?

💬 6          🔁 3          ♡ 19          ılıl 2.9K          🔖 ↥

**T**    **Thomas Mikuscak** ✔ @Dolamroth86 · 12h

Massie says you are doing good work here.

💬          🔁          ♡ 1          ılıl 45          🔖 ↥

**RyeTri** @Rye_Tri · Apr 5

Thanks for clarifying. For a second I was like "that fat bitch never played professional anything."

💬          🔁          ♡          ılıl 84          🔖 ↥

**Ghost of Nathan Hale** ✔ @KappertIsle · 23h

The CIA of course has great tools to erase individuals online presence BUT Steve you have to understand that the political hacks who controlled the CIA for years are quite knowledgeable about the contractors and tools developed and I would be a little surprised if the current

Show more

💬          🔁          ♡          ılıl 165          🔖 ↥

**Jim Scott** @ScottieAwake · 11h

After watch the bomber I'm convinced it is a woman

💬          🔁          ♡ 1          ılıl 13          🔖 ↥

**Lisa Simpson** ✔ @Liberty4Lisa · Apr 5

@grok can you summarize what is the argument here, I'm out of the news loop and a bit confused. Talk to me as if you are @stevenakerusa 's best assistant and compatriot.

💬 1          🔁          ♡ 1          ılıl 202          🔖 ↥

**jsf072002** @jsf072002 · Apr 5

One of my ex-GF at UGA walked like this and I never thought to ask why. She ran a lot of cross country in HS and 5K,10K and marathons after.

100

**Gary Seiler** @geapishog · Apr 5

@grok please summarize the down and dirty on this thread and user sentiment

1   2   153

**JonGedgeDotCom** @JonGedgeDotCom · Apr 4

Please Sir, may I have some more?

GIF

5   1.1K

**Eyeballs** @soonerdy · Apr 5

@grok we have short attention spans (other people, not me). Summarize this and explain the point, significance of the limp.

1   200

**DonaldTheDon** @DonathonVogular · 12h

Will anyone go to jail for the fabrications on Jan 6?

〇          ↻          ♡          �ɪ�ɪ 14          🔖  ↥

**Heisenburg** @HeisenburgAnon · Apr 4

Here's why the J6 pipe bomb was planted...the new job at the CIA is a total coincidence, you see:

## Why the J6 Pipe Bomb?

### Here's why:

The pipe bomb was to exaggerate the idea of an attack:
1.) Arizona was set to bring evidence of election fraud at 1 pm.
2.) The Capitol was breached at 1 pm.
3.) The pipe bomb was discovered at, conveniently, 1 pm.

Conclusion: Nancy can say *Oh no, we are under attack, we must abandon this session and retreat to safety.* Several hours of Antifa-led and FBI-led and Ukrainian military - led chaos goes by until late in the evening Nancy brings them back except this is an *EMERGENCY SESSION*...where, dontchyaknow, NO DISCUSSION IS ALLOWED. Just a Yes or No vote. No evidence of election fraud is allowed in an EMERGENCY SESSION.

And Bingo, the stolen election is sealed (and the J6 committee will find and destroy evidence while the rogue FBI hunts down patriots who knew the truth.) THAT'S what the pipe bomb was all about. Planted BY THEM to pretend a large scale coordinated attack was underway to abandon the session so they could come back in an emergency session where no evidence was allowed to once and for all seal the election theft.

〇          ↻ 8          ♡ 14          ɪɪɪ 481          🔖  ↥

**KhaSamir** ✔ @Kush_SamirK · Apr 4

Burn this mother down, Steve.

It was important when all this first happened, but its even more important

to get to the bottom of it bc there are so many who "are on our side" that are now implicated.

I dont take kindly to being made a fool. No one does.

Everyone involved
Show more

♡     ⟲ 4     ♡ 63     ıllı 1.9K     ⎁ ⬆

**Obamasucksbigmike** @Obamasucks83223 · Apr 4     ∅ ···
Notice how they like to threaten people with a lawsuit to keep them quiet, perfect example would be Eric Coomer and R Dominion.

♡     ⟲ 1     ♡ 10     ıllı 999     ⎁ ⬆

**ZeerkreeZ** ✓ @Zeerkreez · Apr 4     ∅ ···
Strange and familiar limp. And the weird foot twist to the instep. Seems possible they are framing a disabled guy. Guess we will see in the court case.

♡ 2     ⟲     ♡ 2     ıllı 748     ⎁ ⬆

**Chungster** @Chungster_ · Apr 4     ∅ ···
@MikeBenzCyber part of the reason why the "gait analysis" in this case is particularly compelling is precisely due to this distinctive limp. Plus, Cole is autistic and only wears crocs, not the "basketball shoes" type iykwim (and has his own distinctive walk).

♡     ⟲     ♡ 7     ıllı 1.2K     ⎁ ⬆

**DEFENDER STARGATE** @DEFENDER_SG · Apr 4     ∅ ···
As much as I believe Shauni Rae Kerkhoff planted the pipe bombs on 2021-Jan-06 at DC and was ordered to do so by the FBI, CIA, and demon-craps, I cannot see any thing unusual in the way she is walking in this vide.
We know what they did.
We know they did even more we do not know.

♡ 1     ⟲     ♡     ıllı 834     ⎁ ⬆



**Feh Dup (aka fed up)** @YooperPxxxhead · Apr 5
And this is why I enjoy your writing. It's awful that your place of work bent over... but you'll continue to report with the integrity I've always seen in your work. God Bless and continue seeking the truth.

78

**donutpatrol** ✔ @donutpatrol451 · Apr 4
I was on the job 24 years. We had two types of female cops. Fat ones. And the runners. (All Subaru drivers). I couldn't tell the runners apart when viewing from behind. Besides the boys haircuts, they all had the same effing gait. I knew this was a female runner.

3    ♡ 22    903

**Senior Chief** ✔ @SeniorChiefEXW · Apr 4
Who are you going to believe, Locke or your own eyes? It looks as is Kerkhoff is dragging that leg, it's so pronounced.

3    5    ♡ 101    2K

**Ghost of Nathan Hale** ✔ @KappertIsle · Apr 4
Doubt it's "CIA" but it's pretty likely it's tied to those who abused their positions in the CIA and on the Hill. Good luck.

251

**LawlessKO** ✔ @LawlessKO · Apr 4
How does running a marathon prove she is fully recovered and has no limp? Are they aware that athletes with limps play at all levels of sports. What an absurd point.

1    ♡ 15    888

**US Army SFC** ✔ @USArmySFC_1 · Apr 4
@CIADirector
Can we just never have honest people? Not even heartland people from Southern Illinois John?

Upholding the oath is such a lost art anymore

♡ 13    882



**Fabiana** 🇺🇸 @realfabi24 · Apr 4

Why Colonel Earl G Matthew accused General Charles Flynn of lying to Congress about J6?????

495

**MikeManh** ✔ @MikeManWorld · Apr 4

GOD BLESS YOU

We need more of us to stand up against the lying and bullying from the government and intelligence

REVEAL THEIR SECRETS
SHOUT IT FROM THE HOUSETOPS

CALLING ALL WHISTLEBLOWERS THAT ARE TIRED OF WAKING UP EVERY DAY AND HEARING LIES AND WATCHING INNOCENT PEOPLES

Show more

12    1.2K

**S Aksel445** @Aksel445S · Apr 4

Looking forward to it. You guys make a great team.

1    93

**Joey Famiglietti** @Joeyfam213 · Apr 4

Looks like a limp to me.

88

**Michael Monohan** ✔ @Samiam1677 · Apr 4

Good job Steve!

A prior right leg fracture is not even needed to have an altered gate like this, especially when the person is relaxed and not trying purposefully to hide it.

Prior ligament, muscle/tendon, and joint injuries often lead to the body making adaptations.

The body

Show more

💬  ↻  ♡ 3  𝗂𝗅𝗂 1K  🔖 ↥

**ZombieLand_DoubleTap** @VoxConiuncti · Apr 4  ⊘ ···
Stay safe, Steve. Up that security and proactively spread these videos to others to trust or have dissemination on a chron job as a fail safe.

💬  ↻  ♡ 3  𝗂𝗅𝗂 276  🔖 ↥

**David Brodow** @7sevo7 · Apr 4  ⊘ ···
great work mr. baker. the fbi/doj are doing severe damage to their credibility w/patsy denied bail, falsely charged. of course the gait analysis matches the failed polygraph, playing with puppies lady. she needs to come clean, along with many others.

💬  ↻  ♡ 2  𝗂𝗅𝗂 416  🔖 ↥

**Simon Church** ✔ @SimonP9767 · Apr 4  ⊘ ···
Keep up the good work.  Bring this tool of the deep state to justice.

💬  ↻  ♡ 14  𝗂𝗅𝗂 984  🔖 ↥

**Kristophen Krespi** @KristophenK · Apr 5  ⊘ ···
But a cold night in January could have made her ligaments and joints that were injured, stiff in the cold.
As happens to me from past injuries. I limp when it gets cold for a little while.

💬  ↻  ♡  𝗂𝗅𝗂 85  🔖 ↥

**kBOOM** @Kaitlin97642670 · Apr 4  ⊘ ···
Thank you for all that you do. We are ruled by evil people. We've been waiting years for the right person to be held accountable for once.

💬  ↻  ♡ 2  𝗂𝗅𝗂 101  🔖 ↥

**Garlic Press** 🍉 @jalbert_king · Apr 5  ⊘ ···
Wait so....it wasnt the lone ret@rd patsy, prone to sensory overload?

Did the msm and cia lie again?

♡ 1    58

**Joe** @JoeMyers2023 · Apr 4

From a 42 year old guy who's broken various parts of my body but remains active, I can tell she walks with a limp. The right foot, ankle, and a little above turns oddly. I walk similarly when my back acts up. I've had surgery on it.

♡ 3    539

**Janet Hennessey** @JanetHennessey2 · Apr 4

Would love to see you team up with Lara Logan. Another brilliant mind who relentlessly seeks the truth.

♡ 2    313

**1984 is now** @fthellluminati · 2h

The gait of the officer is lacking on the left side and the feet in the pics are on the right.

♡    13

**Dianne Cox** @DianneCox1208 · Apr 4

Be careful. Obviously some people have a lot to lose if this is true and January 6th was a set up which I believe was.

♡ 1    ♡ 3    446

**David Fischer** @DFish4040 · Apr 5

She walks like Mrs. Ha-Wiggins from The Carol Burnett Show.

♡ 2    113

**Aaron 泰山** ✔ @overglobe · Apr 4

@grok what is this story talking about?

♡ 1    156

 **mww** @wayne252349 · Apr 4

Anybody who thinks this is new or unusual is asleep at the wheel

> resistthemainstream.com
> https://resistthemainstream.com › fbi-busted-in-bombshell-allegation
>
> ### FBI Busted After Lawyer Exposes "Fake" Halloween Terror Plot
>
> Nov 2, 2025 · "The FBI thwarted a potential terrorist attack and arrested multiple subjects in Michigan who were allegedly plotting a violent attack over Halloween weekend," Patel wrote on X. Authorities initially offered few details about the investigation.
>
> Eurasia Review
> https://www.eurasiareview.com › 26062024-the-fbi-spends-millions-of-dollars-creating-and-unc...
>
> ### The FBI Spends Millions Of Dollars Creating And 'Uncovering' Th...
>
> The FBI conceals or diminishes the role of their informants and money spent to create "fictional" terrorist plots to justify the $3 billion the FBI gets annually to stop "real" plots.
>
> **P** Criminal Legal News
> https://www.criminallegalnews.org › news › 2024 › mar › 15 › how-government-created-terrorist-fb...
>
> ### 'How The Government Created a Terrorist': FBI-Manufactured Cri...
>
> For decades, the FBI has constructed fake terrorist plots, recruited young Muslim men who otherwise had no motivation or capacity to carry out attacks, and then claimed these plots were "uncovered and foiled by the FBI" to justify the absurd amounts of money given to the agency to "combat terrorism."
>
> **W** Wikipedia
> https://en.wikipedia.org › wiki › List_of_unsuccessful_terrorist_plots_in_the_United_States_post-...
>
> ### List of unsuccessful terrorist plots in the United States post-9/11
>
> The following is a list of unsuccessful terrorist plots in the United States post-9/11. After the initiation of the global war on terrorism following the September 11 attacks in 2001, several terrorist plots aimed at civilian and military targets have failed to succeed. Several Trump administration officials assert that...
>
> We Are Change
> https://wearechange.org › fbi-creates-terror
>
> ### How the FBI Creates It's Own Terror Plots | We Are Change
>
> Inside the Terror Factory an Award-winning journalist digs deep into the FBI's massive efforts to create fake terrorist plots.

💬 1          ↻ 6          ♡ 17          ᴫ 676          🔖  ↑

---

 **AnanEMouse** 🐸 @AnanMouse · Apr 5

That toed-out gait is low back/hip pain.  As a result, weakness in the iliopsoas causing external rotation. The person on J5 had a totally different body build than the person in this clip. Paranoia runs deep. Into your life it will creep

💬 1          ↻          ♡          ᴫ 148          🔖  ↑

---

 **Keep it real** ✔ @CHARLES00370220 · Apr 4

Speaking from personal experience an old foot ankle injury can rear its

head when you are tiered or  retaining extra fluids

♡ 2          401

**Cw85** @Cw85Rocinante · Apr 5

Probably a suit designed to last a long time and drain your resources. Paid by others with deeper pockets.
A lot of any discovery may be inadmissible due to her employment.

♡          49

**Kat Madison** @RoBarDa7340 · Apr 5

She has a wobble. It's like she is pigeon-toed. Or bow-legged. Or both. It's very distinct. They turn their toes inward when their foot is on the upswing behind them... I've seen this in a few different people who were in the different sports I played all my life..

♡          80

**Gordy Weinstein** @JordanM718630 · Apr 5

Hey Steve, not sure if anyone has said this to you lately, but thank you for what you're doing. The American people have your back and really appreciate you.

♡ 2          69

**Steadfast** 🇺🇸 ✓ @steadfast_h_k · Apr 4

After watching her walk and seeing how obviously easy to conclusively ID her it is, one might wonder if she was selected for the task that very reason.

♡ 2          245

**Calvin Candie** @ScroteMcGote · 23h

When in doubt, assume it's a CIA op until you find out otherwise and you'll basically never be wrong.

♡ 2          36

**Brandon Contreras** @bbcontreras71 · Apr 4

Can't wait! Thanks for doing what you do

♡ 1          185



**Arthur Josenhans** ☑ @mercedestech46 · Apr 4

There she is clear as day
geared up for max power to unarmed J6ers
busted

💬        ⟲        ♡ 6        📊 492        🔖  ⬆️

**John Conrad Arens** @JohnCArens · Apr 5

Bless you and your work, Mr. Baker.

The ultimate "tell" in this bizarre tale is that Kamala Harris herself never —
EVER— refers to the incident: She was going to be sworn in that day as the
nation's "first black woman" Vice President, and some kook did THIS? And
yet— crickets...

💬        ⟲        ♡ 2        📊 135        🔖  ⬆️

**TheDude4550** ☑ @Dude455046779 · Apr 4

Excellent work, Steve.  Watch your 6 at all times.  God Bless.

💬        ⟲        ♡ 4        📊 601        🔖  ⬆️