# Exhibit F

https://x.com/JLBrightLaw/status/20405493747    2026-04-14T17:29:35-04:00
32730527

⟲ Joe Hanneman 🇺🇸 reposted

 **James Lee Bright Law** ✓
@JLBrightLaw                                          ⊘  ···

I can't lie, I'm gonna trust @SteveBakerUSA and @HanneReports on this one.

From my experience with both, they report with integrity and a sense for the truth.

 **Steve Baker** ✓ @SteveBakerUSA · Apr 4
🚨 J6 Video You've Never Seen 🚨

The much-feared media company-killing law firm, Clare Locke, that represents former @CapitolPolice officer and current @CIA asset Shauni Kerkhoff -- (Oh, let's be real ... they represent the CIA) -- sent a demand/preservation letter to...



▶                                              0:36 / 0:41  🔇  ⚙  ⤴  ⤢

5:57 PM · Apr 4, 2026 · **15.6K** Views

💬 6       🔁 99       ♡ 391      🔖 🗋 8   ⬆

Relevant ⌄                             View quotes ›

**Post your reply**             **Reply**

🌺 **Jess** 🌺 ✓ @J6ssicaWatkins · Apr 5    ∅ ···
Right there with you, sir!

Good to hear from you, by the way! Especially speaking out about this!

Fun fact, I came out to see Steve Baker back in September, so I went and got my hair styled in a random salon I picked off the Internet. Entirely coincidentally, it happened to be on the bottom floor of the office building where your firm is. The world is a small place. 😎

💬     🔁     ♡     📊 63     🔖 🗋 ⬆

**Mac, father of 5** @Mac0Attack · Apr 4    ∅ ···
Onward @SteveBakerUSA. We trust you. Make us proud.

💬     🔁     ♡ 2     📊 68     🔖 🗋 ⬆

**CFK** @Camalama800 · Apr 5    ∅ ···
Me too.

Who do I trust more, the @CIADirector ?  The American Government?

Or
Steve Baker?

No contest.  I trust @SteveBakerUSA

WE THE PEOPLE CANNOT TRUST OUR GOVERNMENT

💬     🔁     ♡ 1     📊 11     🔖 🗋 ⬆



**LizzieZ** ✔ @LizzieZ2024 · Apr 5

Omg! Who thought it was a good idea to send Gimpy to commit a crime???

⟳ 20

🇺🇸 **TOMMY✦TATUM✦NEWS** ✔ @BenKaxton · Apr 4

What color is the sky in your world. The last several stories baker published had to be edited with retractions and corrections the first end story didn't reflect the original.

💬 2    ⟳ 177

**Fred Fish** @DougGoesNova · Apr 5

@dbongino @BonginoReport Dan, were you too trusting of what was told to you about the autistic black kid?

♡ 2    27