# Exhibit G

https://www.veritasregnat.com/2026/04/06/previously-unreleased-video-contradicts-contention-onetime-pipe-bomb-suspect-did-not-have-a-limp/    2026-04-06T17:52:50-04:00

April 6, 2026

**HOME**

# VERITAS REGNAT

🔍

**CRIME, JANUARY 6**

## *Previously Unreleased Video Contradicts Contention Onetime Pipe-Bomb Suspect Did Not Have a Limp*

APRIL 6, 2026    ♡ 1



**LATEST ARTICLES**

· Previously Unreleased Video Contradicts Contention Onetime Pipe-Bomb Suspect Did Not Have a Limp

· Former Suspect in Jan. 6 Pipe Bombs Case Failed an FBI Polygraph Nov. 6, New Court Filing States

· Veritas Regnat — Where Truth Reigns

**RECOMMENDED**    ‹ | ›



6 Books About The Best Bridges You Should Read

**ADVERTISING**

VERTICAL RECTANGLE (240X400)

**SHARE THIS POST?**

*Facebook*

*Twitter*

*Pinterest*

By **Steve Baker** || *April 6, 2026*

A ttorneys representing former U.S. Capitol Police officer Shauni Kerkhoff have contended that reporting we did at Blaze Media in November 2025 about their client was inaccurate, claiming she does not have a discernible right leg drag or limp.

In a January letter threatening a defamation lawsuit against Blaze and two journalists, Clare Locke challenged our reporting that Kerkhoff had a limp from a 2015 college soccer injury. The limp was clear on security videos of Kerkhoff from Jan. 6 at the Capitol.

"Blaze Media's analysis was also factually flawed," the Clare Locke attorneys wrote. "Ms. Kerkhoff's 2015 soccer injury did not give her a 'slight limp' from which any reasonable 'analyst' could link her to the bombing suspect. Ms. Kerkhoff has fully recovered from her injury. In the interim, she has run multiple marathons."



Veritas Regnat has hours of video showing Kerkhoff's unusual "circumduction gait." (A kind of limp.) This includes hours of video harvested from Capitol Police CCTV of her as a Capitol Police officer on January 6, 2021, and from her short professional soccer career.

In our Nov. 8 investigative article, we noted that Kerkhoff was a marathon runner. We'd already captured many photos of her participation in marathon events from deep web scrapes.

The now-former congressional liaison to the FBI, Marshall Yates, once said—while reviewing video of the J6 pipe bomber in the office of his former employer, Rep. Thomas Massie—"We need to be looking for a marathon runner."



Why? Because of distinct physical traits that are characteristic of marathon runners —and exhibited by the hoodie-clad suspect while on the 44-minute trek around the Democratic National Committee and Republican National Committee on the night of Jan. 5, 2021.

No limp? Video evidence says otherwise. •



PREVIOUS POST

**Former Suspect in Jan. 6 Pipe Bombs Case Failed an FBI Polygraph Nov. 6, New Court Filing States**

---

## More posts

APRIL 04, 2026

**Former Suspect in Jan. 6 Pipe Bombs Case Failed an FBI Polygraph Nov. 6, New Court Filing States**

"The FBI polygraph examiner noted Kerkhoff's 'very controlled reaction' to the news of her failing the polygraph and seemingly rehearsed responses to examiner's questions," states a motion filed by defense attorneys for Brian Cole Jr.

READ MORE

APRIL 04, 2026

**Veritas Regnat — Where Truth Reigns**

Independent investigative journalists Steve Baker and Joseph M. Hanneman — formerly of Blaze Media — have established their own publishing...

READ MORE

©2026 Veritas Regnat. All rights reserved.