| Attorney or Party without Attorney:<br>Thomas A. Clare, P.C. ()<br>CLARE LOCKE LLP<br>10 PRINCE STREET<br>ALEXANDRIA, VA 22314<br>   Telephone No: | | *For Court Use Only* |
|---|---|---|
| *Attorney For:*   Plaintiff | *Ref. No. or File No.:*<br>Kerkhoff v Blaze | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>USDC Eastern District of Virginia, Alexandria Division | | |
| *Plaintiff:*   SHAUNI KERKHOFF<br>*Defendant:*   BLAZE MEDIA LLC, et al. | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>1:26-cv-01078 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT & DEMAND FOR JURY TRIAL; NOTICE; CIVIL COVER SHEET

3.  *a.   Party served:*      Stephen M Baker
    *b.   Person served:*   David Fincher, Co-Resident , Caucasian , Male , Age: 70 , Hair: Gray , Height: 6'0" , Weight: 220 , authorized to accept served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*   3903 Carpenter Pond Road, Durham, NC 27703

5.  *I served the party:*
    a. **by substituted service.**   On: Wed, Apr 22 2026 at: 07:05 PM by leaving the copies with or in the presence of:
    David Fincher, Co-Resident , Caucasian , Male , Age: 70 , Hair: Gray , Height: 6'0" , Weight: 220 .

    (1)   [X]   **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
    (2)   [ ]   **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
    (3)   [X]   **(Declaration of Mailing)** is attached.
    (4)   [ ]   **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney:<br>Thomas A. Clare, P.C. ()<br>CLARE LOCKE LLP<br>10 PRINCE STREET<br>ALEXANDRIA, VA 22314<br>    Telephone No: | | **For Court Use Only** |
|---|---|---|
| Attorney For:   Plaintiff | Ref. No. or File No.:<br>Kerkhoff v Blaze | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC Eastern District of Virginia, Alexandria Division | | |
| Plaintiff:   SHAUNI KERKHOFF<br>Defendant:   BLAZE MEDIA LLC, et al. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:26-cv-01078 |
|---|---|---|---|---|

6.  **Person Who Served Papers:**
   a. Jordon Michael Posey ()                                   **d.** **The Fee** for Service was:
   b. FIRST LEGAL
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (888) 599-5039

7.  **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

 *Jordon Posey*

04/24/2026
*(Date)*                                     *(Signature)*

| Attorney or Party without Attorney:<br>Thomas A. Clare, P.C. ()<br>CLARE LOCKE LLP<br>10 PRINCE STREET<br>ALEXANDRIA, VA 22314<br>Telephone No: | | **For Court Use Only** |
|---|---|---|
| Attorney For:   Plaintiff | Ref. No. or File No.:<br>Kerkhoff v Blaze | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC Eastern District of Virginia, Alexandria Division | | |
| Plaintiff:   SHAUNI KERKHOFF<br>Defendant:   BLAZE MEDIA LLC, et al. | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:26-cv-01078 |
|---|---|---|---|---|

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT & DEMAND FOR JURY TRIAL; NOTICE; CIVIL COVER SHEET

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: 4/24/2026
   b. Place of Mailing: NC
   c. Addressed as follows: Stephen M Baker
   3903 Carpenter Pond Road, Durham, NC 27703

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on 4/24/2026 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. *Person Serving:*
   a. Jordon Michael Posey ()                         **d.** ***The Fee*** *for Service was:*
   **b. FIRST LEGAL**
   2920 N. GREEN VALLEY PARKWAY, SUITE 514
   HENDERSON, NV 89014
   c. (888) 599-5039

6. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

2026-04-24                         *Jordon Posey*
(Date)                                    (Signature)

| | Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>BY MAIL | *15725689*<br>*(424901)* |
|---|---|---|---|

FL FIRST LEGAL