| Attorney or Party without Attorney:<br>Thomas A. Clare, P.C. ()<br>CLARE LOCKE LLP<br>10 PRINCE STREET<br>ALEXANDRIA, VA 22314<br> Telephone No: | | For Court Use Only |
|---|---|---|
| Attorney For:    Plaintiff | Ref. No. or File No.:<br>Kerkhoff v Blaze | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC Eastern District of Virginia, Alexandria Division | | |
| Plaintiff:   SHAUNI KERKHOFF<br>Defendant:   BLAZE MEDIA LLC, et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:26-cv-01078 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT & DEMAND FOR JURY TRIAL; NOTICE; CIVIL COVER SHEET

3.  *a.   Party served:*      Joseph M Hanneman
    *b.   Person served:*    Joseph M Hanneman , Caucasian , Male , Age: 65 , Hair: Bald , Height: 5'10" , Weight: 175 ,served under
                            F.R.C.P. Rule 4.

4.  *Address where the party was served:*    553 Athletic Way, Sun Prairie, WI 53590

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sat, Apr 25 2026 (2) at: 09:30 PM

6.  **Person Who Served Papers:**
    a. Jasmyn Clark-Ware ()
    b. FIRST LEGAL
       2920 N. GREEN VALLEY PARKWAY, SUITE 514
       HENDERSON, NV 89014
    c. (888) 599-5039

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

4/28/26                                  *(Date)*                          *(Signature)*



| | PROOF OF<br>SERVICE | 15751876<br>(425089) |
|---|---|---|