**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| **SHAUNI KERKHOFF**, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Civil Action No. 1:26-cv-01078 |
| v. | ) | |
| | ) | |
| **BLAZE MEDIA LLC**, | ) | JURY TRIAL DEMANDED |
| a Delaware limited liability company; | ) | |
| **STEPHEN M. BAKER**, an individual; | ) | |
| **JOSEPH M. HANNEMAN**, an individual; | ) | |
| and **VERITAS REGNAT LLC**, a | ) | |
| Wisconsin limited liability company. | ) | |
| | ) | |
| *Defendants*. | ) | |

**REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT STEPHEN M. BAKER**

Plaintiff Shauni Kerkhoff, by and through undersigned counsel, respectfully requests that the Clerk of Court, pursuant to Federal Rule of Civil Procedure 55(a), enter default against Defendant Stephen M. Baker.  In support of this request, Plaintiff submits the accompanying Affidavit of Jonathan R. Kaiman, and states as follows:

1.      Defendant Baker was served with the Summons (ECF No. 6), Complaint (ECF No. 1), Notice, and Civil Cover Sheet on April 22, 2026; Proof of Service evidencing this service was filed with this Court on April 28, 2026.  (ECF No. 9.)

2.      Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant Baker was required to answer, move, or otherwise respond to the Complaint within 21 days after being served—that is, on or before **May 13, 2026**.

3.      Defendant Baker has not answered, moved, or otherwise responded to the Complaint, and has not otherwise appeared in or defended this action.

4.    For these reasons, and for the reasons set forth more fully in the accompanying Affidavit of Jonathan R. Kaiman, Plaintiff respectfully requests that the Clerk of Court enter default against Defendant Stephen M. Baker pursuant to Federal Rule of Civil Procedure 55(a).

Dated: May 15, 2026

Respectfully submitted,

*/s/ Thomas A. Clare, P.C.*

Thomas A. Clare, P.C. (VSB No. 39299)
Camilla J. Hundley (VSB No. 100257)
Jonathan R. Kaiman (VSB No. 99412)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Tel: (202) 628-7400
Email: tom@clarelocke.com
Email: camilla@clarelocke.com
Email: jon.kaiman@clarelocke.com

*Attorneys for Plaintiff Shauni Kerkhoff*

2