**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| **SHAUNI KERKHOFF**, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) Civil Action No. 1:26-cv-01078 |
| v. | ) |
| | ) |
| **BLAZE MEDIA LLC**, | ) JURY TRIAL DEMANDED |
| a Delaware limited liability company; | ) |
| **STEPHEN M. BAKER**, an individual; | ) |
| **JOSEPH M. HANNEMAN**, an individual; | ) |
| and **VERITAS REGNAT LLC**, a | ) |
| Wisconsin limited liability company. | ) |
| | ) |
| *Defendants*. | ) |

**AFFIDAVIT OF JONATHAN R. KAIMAN IN SUPPORT OF PLAINTIFF'S REQUEST
FOR ENTRY OF DEFAULT AS TO DEFENDANT STEPHEN M. BAKER**

I, Jonathan R. Kaiman, being duly sworn, depose and state as follows:

1.      I am an associate at Clare Locke LLP and counsel for Plaintiff Shauni Kerkhoff in the above-captioned action.  I am a member in good standing of the Virginia State Bar (VSB No. 99412) and am admitted to practice before this Court.  I am over the age of eighteen and am not a party to this action.  I have personal knowledge of the facts set forth herein.

2.      On April 21, 2026, Plaintiff filed the Complaint in this action.  (ECF No. 1.)  The Clerk of Court issued a Summons directed to Defendant Stephen M. Baker on that same date.  (ECF No. 6.)

3.      On April 22, 2026, I caused Mr. Baker to be served with the Summons, Complaint, Notice, and Civil Cover Sheet at his residence, 3903 Carpenter Pond Road, Durham, North Carolina 27703.  Service was effected by Jordon Michael Posey of First Legal, a process server

who is over the age of eighteen and is not a party to this action.  Service was made pursuant to Federal Rule of Civil Procedure 4(e)(2)(B) by leaving copies of the foregoing documents with David Fincher, a co-resident of suitable age and discretion at Mr. Baker's residence.  On April 24, 2026, Mr. Posey also placed true copies of the Summons, Complaint, Notice, and Civil Cover Sheet in the United States mail, in a sealed envelope, by First Class mail, addressed to Mr. Baker at his residence.

4.      Proof of Service was filed with this Court on April 28, 2026.  (ECF No. 9.)

5.      Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Mr. Baker was required to serve an answer or otherwise respond to the Complaint within 21 days after being served—that is, on or before **May 13, 2026**.

6.      As of the date of this Affidavit, more than 21 days have elapsed since service of the Summons and Complaint on Mr. Baker.  I have reviewed the docket in this matter and confirmed that Mr. Baker has not filed an answer, motion, notice of appearance, or any other filing responsive to the Complaint, and has not otherwise appeared in or defended this action.  Neither I nor, to my knowledge, any other attorney at Clare Locke LLP has received any communication from Mr. Baker or any attorney purporting to represent him in this matter regarding his intent to respond to or defend against this action.

7.      Although Mr. Baker has not answered, moved, or otherwise responded to the Complaint, he has made several public statements acknowledging his awareness of it.  For example, on April 23, 2026—the day after he was served with the Summons and Complaint—Mr. Baker, using his verified account on the social-media platform X (@SteveBakerUSA), published a post that identified Plaintiff by name, referred specifically to "the lawsuit," identified my law firm by name, and discussed substantive issues raised in the Complaint.  When another X user

inquired whether Mr. Baker would "try to do a motion to dismiss," Mr. Baker replied with an image containing the words "WHO KNOWS." A true and correct copy of Mr. Baker's April 23, 2026 X post and accompanying replies is attached hereto as Exhibit A.

8. Mr. Baker is an adult individual. He is not a minor or incompetent person within the meaning of Federal Rule of Civil Procedure 17(c).

9. I have undertaken a careful investigation to determine whether Mr. Baker is in the military service of the United States within the meaning of the Servicemembers Civil Relief Act, 50 U.S.C. § 3931, and allege that he is not. My investigation included a review of publicly available biographical information concerning Mr. Baker; his self-described professional history and civilian employment as a musician, blogger, and investigative journalist for Blaze Media; his current self-employment as a founder of Veritas Regnat; and his recent public statements and conduct, described at length in the Complaint. Nothing in any of these sources indicates that Mr. Baker is or has been a member of the Army, Navy, Air Force, Marine Corps, Space Force, or Coast Guard; a member of the National Guard called to active service; a commissioned officer of the United States Public Health Service or the National Oceanic and Atmospheric Administration; or otherwise in the military service of the United States within the meaning of 50 U.S.C. § 3911. Based on the investigation described above, I allege that Mr. Baker is not now, and was not at the time of service in this action, a member of the military service of the United States.

10. Accordingly, Plaintiff respectfully submits that the Clerk of Court should enter default against Defendant Stephen M. Baker pursuant to Federal Rule of Civil Procedure 55(a).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2026, in Alexandria, Virginia.



Jonathan R. Kaiman

Dated: May 15, 2026

Respectfully submitted,

*/s/ Thomas A. Clare, P.C.*

Thomas A. Clare, P.C. (VSB No. 39299)
Camilla J. Hundley (VSB No. 100257)
Jonathan R. Kaiman (VSB No. 99412)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Tel: (202) 628-7400
Email: tom@clarelocke.com
Email: camilla@clarelocke.com
Email: jon.kaiman@clarelocke.com

*Attorneys for Plaintiff Shauni Kerkhoff*

4

# Exhibit A

https://x.com/SteveBakerUSA/status/20473937 2026-05-14T11:04:24-04:00
29783177343



**Steve Baker** ✔ @SteveBakerUSA · Apr 23

The five most interesting aspects of the coordinated timing of the lawsuit and the @nytimes story on behalf of Shauni Kerkhoff—apart from some of the exact, scripted language used in both—are that the law firm of Clare Locke Patel Ratcliffe & The Gray Lady...

1 - Doubled down on claiming Kerkhoff "has no limp." Call it what you will—other than a limp—but we have demonstrated with video evidence a very distinctive gait in which Kerkhoff favors her right leg. This is exactly the same gait exhibited by the gray-hooded bomber on January 5. Interestingly, the @FBI claims to have 30,000 video files of the bomber but has only ever released a few seconds of blurry, frame-rate-reduced footage that obscures the gait. One would think that if they were serious about the $500,000 reward—specifically noting that someone from the public might recognize "the gait" of the bomber—they would have released much clearer video of that gait. (We have that video and will be showing more of it in the coming days.)

2 - Have now settled into the third iteration of their claim about a timestamped video containing audio of Kerkhoff's voice—off camera—talking about a sleeping adult greyhound lying on the couch. Yet no one will address the fact that three FBI sources confirmed to @CBSNews the existence of a video of Kerkhoff "playing with her puppies." How do three FBI sources mistakenly describe an off-camera voice speaking about a sleeping adult dog as "playing with her puppies"? (We, of course, know why they had to scramble to recharacterize that alleged alibi.)

3 - Are not acknowledging that @CIA employees are not allowed to give interviews to the press—about anything, personal or work-related—and that the New York Times piece represents an unprecedented break with longstanding CIA policy.

4 - Are not being honest about the seriousness of Kerkhoff's failed polygraph and how gravely the intelligence community—especially the CIA —regards that process. (Extensive documentation on federal IC policies and procedures regarding polygraph examinations will follow.)

5 - Refuse to discuss or even reference the biggest related mystery of all: the two adjacent addresses in Falls Church, Virginia, where the FBI deployed its most specialized surveillance team on January 12 and 13, 2021 —only to suddenly pull the team after just two days. Behind door number one: the residence of the FBI's J6 pipe bomb "person of interest" #3 (POI3), who was being visited by POI2 on January 5 and 6. Behind door number

two: the residence of Shauni Kerkhoff. For some inexplicable reason, the FBI removed its surveillance team from those addresses six days before POI2 and POI3 were even interviewed or cleared as suspects. Why? Did it have anything to do with who lived behind door number two? Why will the law firm of Clare Locke Patel Ratcliffe & The Gray Lady not address this critical component of the J6 pipe bomber story? WHY?

Now ask yourself this most important question: With 2.4 million individual households in the greater D.C. area, what are the odds that the FBI's POI2 and POI3 just happened to live next door to the person with a 94-98% gait match to the gray-hooded bomber? Why will no one mention this? I provided this information to the New York Times reporter in great detail. Two FBI whistleblowers who were on that surveillance team have discussed it extensively—including the most recent whistleblower, who is still an active FBI agent. At great personal risk, he has filed a protected disclosure with Congress highlighting the procedural anomalies surrounding that aborted Falls Church surveillance operation. DO THE MATH!

Bonus question for the law firm of Clare Locke Patel Ratcliffe & The Gray Lady:

6 - Since you won't disclose who is paying for Ms. Kerkhoff's legal defense —utilizing a firm known for not working on contingency, requiring seven-figure retainers, and charging $1,800 per hour—did @dbongino write the check for this lawsuit, as he specifically told @RepThomasMassie he was going to do?



‖ 0:32

 88    ⟲ 453    ♡ 1.3K    ⅈⅼⅈ 91K

 **The 47 Reckoning** @realdavidrhine · Apr 23
So can u subpoena the FBLie full unedited video of her (no frame rate

alterations) now that they have sued? Is critical evidence for the tort claim after all.... and all FBLie staff/agents involved in altering the frame rate to testify as to why they did that?

💬 3        🔁        ♡ 16        📊 1.3K        🔖 🔖 ⬆️

 **Steve Baker** ✅ @SteveBakerUSA · Apr 23        Ø ···
We already have far more than has been released, but through discovery we can now get the entirety of the 30,000 videos files they claim to have.

💬 4        🔁 5        ♡ 74        📊 1.2K        🔖 🔖 ⬆️

**Exonerated** 🌿 ✅ @HeyMattM · Apr 23        Ø ···
Does this mean you will not try to do a motion to dismiss?

💬 1        🔁        ♡ 5        📊 274        🔖 🔖 ⬆️

**Steve Baker** ✅        Ø ···
@SteveBakerUSA



3:14 PM · Apr 23, 2026 · **291** Views

💬 1        🔁        ♡ 12        🔖 🔖        ⬆️

Post your reply

Reply

**The 47 Reckoning** @realdavidrhine · Apr 23

Hopefully not before discovery received🥳

1          10          220