**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| **SHAUNI KERKHOFF**,<br><br>*Plaintiff,*<br><br>v.<br><br>**BLAZE MEDIA LLC**, a Delaware limited liability company; **STEPHEN M. BAKER**, an individual; **JOSEPH M. HANNEMAN**, an individual; and **VERITAS REGNAT LLC**, a Wisconsin limited liability company.<br><br>*Defendants.* | Civil Action No. 1:26-cv-01078-RDA-WEF |

## DEFENDANT BLAZE MEDIA LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Blaze Media LLC ("Blaze Media"), by counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully submits this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. In support of this motion, Blaze Media states as follows:

1.      On April 21, 2026, Plaintiff Shauni Kerkhoff ("Plaintiff") filed her Complaint in this matter (Dkt. 1) ("Complaint.")

2.      On April 23, 2026, the parties stipulated that counsel for Blaze Media accepted service of the Summons and Complaint on behalf of Blaze Media, with service deemed effective as of that date (Dkt. 7-2).  On the same date, Plaintiff's counsel confirmed their client's agreement not to oppose Blaze Media's request for an additional thirty (30) days in which to answer, move, or otherwise respond to the Complaint — *i.e.*, until June 11, 2026.

3.      Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the time for Blaze Media to answer, move, or otherwise respond to Plaintiff's Complaint was on or before May 14, 2026.

4.      Counsel for Blaze Media respectfully requests an additional thirty (30) days, to June 11, 2026, in which to file its answer, move, or otherwise respond to Plaintiff's Complaint, in order to permit counsel to investigate the allegations in the Complaint, confer with the client, and prepare an appropriate response.

5.      This is the first request for an extension of time on behalf of Blaze Media. The request is sought in good faith and not for purposes of delay, and no party will be prejudiced by the relief requested.

6.      Prior to submission of this Motion, on May 15, 2026, counsel for Plaintiff reiterated Plaintiff's agreement not to oppose this Motion.

7.      As stated above, counsel for Blaze Media has conferred with counsel for Plaintiff, and Plaintiff has agreed not to oppose this Motion.  Pursuant to Local Civil Rule 7(E), the parties waive a hearing on this Motion.

WHEREFORE, Defendant Blaze Media LLC prays that this Court grants its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and for such further relief as this Court deems proper and just.

Dated: May 15, 2026                              Respectfully submitted,

                                                 BLAZE MEDIA, LLC

                                                 By:/s/ *Matthew Piscitelli*
                                                    Matthew Piscitelli (VSB No. 92464)
                                                    FOLEY HOAG LLP
                                                    1717 K Street N.W.
                                                    Washington, DC 20006
                                                    (202) 223-1200
                                                    mpiscitelli@foleyhoag.com

                                                 *Counsel for Defendant, Blaze Media LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify on the 15th day of May, 2026, I electronically filed the foregoing document

via the Court's CM/ECF system to all counsel of record in this action.


/s/ *Matthew Piscitelli*
Matthew Piscitelli

3