**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **SHAUNI KERKHOFF**,<br><br>*Plaintiff,*<br><br>v.<br><br>**BLAZE MEDIA LLC**, a Delaware limited liability company; **STEPHEN M. BAKER**, an individual; **JOSEPH M. HANNEMAN**, an individual; and **VERITAS REGNAT LLC**, a Wisconsin limited liability company.<br><br>*Defendants.* | Civil Action No. 1:26-cv-01078-RDA-WEF |

**DEFENDANT BLAZE MEDIA LLC'S MEMORANDUM OF LAW IN SUPPORT OF
UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Blaze Media LLC ("Blaze Media") respectfully submits this memorandum of law in support of its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.

## I.      INTRODUCTION

Blaze Media seeks a thirty (30) day extension of time, up to and including June 11, 2026, to answer or otherwise respond to Plaintiff's Complaint.  Plaintiff does not oppose the requested extension.  For the reasons set forth below, the requested extension is supported by good cause and should be granted.

## II.      ARGUMENT

Rule 6(b)(1) of the Federal Rules of Civil Procedure provides that the Court may, for good cause, extend the time for filing a response to a pleading.  Fed. R. Civ. P. 6(b)(1)(B).

Such good cause exists here.  *First*, Plaintiff will suffer no prejudice by the extension requested.  The case is in its earliest stages, no scheduling or case management order has been entered, and Plaintiff does not oppose the requested relief.  *Second*, the requested extension is minimal and will have no meaningful impact on the proceedings.  *Third*, the request is made in good faith and not for purposes of delay.

This is Blaze Media's first request for an extension of time, and there is no indication of bad faith.

## III.      CONCLUSION

For the foregoing reasons, Blaze Media respectfully requests that the Court grant its Unopposed Motion for Extension of Time and enter the proposed Order submitted herewith.


Dated: May 15, 2026                              Respectfully submitted,

BLAZE MEDIA, LLC

By: /s/ *Matthew Piscitelli*
Matthew Piscitelli (VSB No. 92464)
FOLEY HOAG LLP
1717 K Street N.W.
Washington, DC 20006
(202) 223-1200
mpiscitelli@foleyhoag.com

*Counsel for Defendant, Blaze Media LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on the 15th day of May, 2026, I electronically filed the foregoing document

via the Court's CM/ECF system to all counsel of record in this action.


<u>/s/ *Matthew Piscitelli*</u>
Matthew Piscitelli