**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| **SHAUNI KERKHOFF**, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 1:26-cv-01078 |
| **BLAZE MEDIA LLC**; **STEPHEN M. BAKER**; **JOSEPH M. HANNEMAN**; and **VERITAS REGNAT LLC**. | ) ) ) ) ) ) | |
| *Defendants*. | ) ) ) | |

**DECLARATION OF CAMILLA J. HUNDLEY IN SUPPORT OF PLAINTIFF'S
REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT VERITAS REGNAT LLC**

I, Camilla J. Hundley, hereby declare as follows:

1.      I am an associate at Clare Locke LLP and counsel for Plaintiff Shauni Kerkhoff in the above-captioned action.  I am a member in good standing of the Virginia State Bar (VSB No. 100257) and am admitted to practice before this Court.  I am over the age of eighteen and am not a party to this action.  I am familiar with and have personal knowledge of the facts set forth herein.

2.      On April 21, 2026, Plaintiff filed the Complaint in this action.  (ECF No. 1.)  The Clerk of Court issued a Summons directed to Defendant Veritas Regnat LLC on that same date. (ECF No. 6.)

3.      On April 25, 2026, pursuant to Federal Rule of Civil Procedure 4(h)(1)(A), Veritas Regnat LLC was served with the Summons, Complaint, Notice, and Civil Cover Sheet by personal service on its registered agent, Joseph M. Hanneman.  Service was effected by Jasmyn Clark-Ware of First Legal, a process server who is over the age of eighteen and is not a party to this action.

4.      Proof of Service was filed with this Court on April 30, 2026.  (ECF No. 10.)

5.      Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Veritas Regnat LLC was required to serve an answer or otherwise respond to the Complaint within 21 days after being served—that is, on or before **May 18, 2026**.[1]

6.      As of the date of this Declaration, more than 21 days have elapsed since service of the Summons and Complaint on Veritas Regnat LLC.  I have reviewed the docket in this matter and confirmed that Veritas Regnat LLC has not filed an answer, motion, notice of appearance, or any other filing responsive to the Complaint, and has not otherwise appeared in or defended this action.  Neither I nor, to my knowledge, any other attorney at Clare Locke LLP has received any communication from Veritas Regnat LLC or any attorney purporting to represent it in this matter regarding its intent to respond to or defend against this action.

7.      Accordingly, Plaintiff respectfully submits that the Clerk of Court should enter default against Defendant Veritas Regnat LLC pursuant to Federal Rule of Civil Procedure 55(a).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2026.

_____

Camilla J. Hundley

---

[1] The twenty-first day after April 25, 2026 was Saturday, May 16, 2026.  Accordingly, Defendant Veritas Regnat LLC's deadline to respond fell on the next Monday, May 18, 2026.  Fed. R. Civ. P. 6(a)(1)(C).

2