IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SHAUNI KERKHOFF,                    )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )        Civil Action No. 1:26-cv-1078 (RDA/WEF)
                                    )
BLAZE MEDIA LLC,                    )
*et al.*,                           )
                                    )
        Defendants.                 )

## ORDER

This matter comes before the Court on its review of the record. On April 28, 2026, Plaintiff filed an executed summons for Defendant Stephen M. Baker. Dkt. 9. On April 30, 2026, Plaintiff filed affidavits of service for Defendants Veritas Regnat and Joseph M. Hanneman. Dkts. 10, 11. On May 15, 2026, Plaintiff sought Clerk's Entry of Default for Baker. Dkt. 12. With the exception of Defendant Blaze Media, to date, none of the remaining defendants have appeared in this case or responded to the complaint.

Accordingly, it is hereby ORDERED that Plaintiff is DIRECTED to seek Clerk's Entry of Default pursuant to Federal Rule of Civil Procedure 55(a) for the remaining defendants; and it is

FURTHER ORDERED that, after Clerk's Entry of Default enters, Plaintiff is DIRECTED to file a motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b) and an accompanying memorandum setting forth the factual and legal support for findings that (a) this Court has subject matter and personal jurisdiction, including how the defaulting Defendant was served and why that service was proper; (b) the Complaint alleges facts establishing all the necessary elements of one or more claims on which relief can be granted; and (c) Plaintiff can

receive the damages and relief sought, with specific references to affidavits, declarations, or other evidence supporting such relief.

It is further ORDERED that Plaintiff file a Notice setting a hearing on the motion for default judgment before Magistrate Judge William E. Fitzpatrick, to whom this action is referred pursuant to 28 U.S.C. § 636. Plaintiffs are also DIRECTED to mail copies of the notice, motion, and memorandum to the defaulting Defendant at the Defendant's last known address, certifying the same to the Court.

The Clerk is DIRECTED to forward a copy of this Order to counsel of record for Plaintiff, who is directed to forward this Order to Defendant at Defendant's last known addresses.

It is SO ORDERED.

Alexandria, Virginia
May 20 , 2026

/s/

Rossie D. Alston, Jr.
United States District Judge

2