**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| Shauni Kerkhoff | ) | |
|       Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO.    1:26-cv-1078 |
| | ) | |
| Blaze Media LLC, | ) | |
| etal. | ) | |
|       Defendant | ) | |

## ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and affidavit of, Jonathan R. Kaiman counsel of record for plaintiff, the Clerk of this Court does hereby enter the default of Stephen M. Baker for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT


BY:     /s/
N. Neblett
DEPUTY CLERK

DATED:  5/21/2026