**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| | ) | |
| Shauni Kerkhoff | ) | |
|       Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO.   1:26-cv-1078 |
| | ) | |
| Blaze Media LLC, | ) | |
| etal. | ) | |
|       Defendant | ) | |

## ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and declaration of Camilla J. Hundley, counsel of record for plaintiff, the Clerk of this Court does hereby enter the default of  Joseph M. Hanneman for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT

BY:   /s/
N. Neblett
DEPUTY CLERK

DATED:  5/21/2026