**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **SHAUNI KERKHOFF**, <br><br> *Plaintiff*, <br><br> v. <br><br> **BLAZE MEDIA LLC,** a Delaware limited liability company; **STEPHEN M. BAKER,** an individual; **JOSEPH M. HANNEMAN,** an individual; and **VERITAS REGNAT LLC,** a Wisconsin limited liability company. <br><br> *Defendants*. | Civil Action No.: 1:26-cv-01078-RDA-WEF |

**DEFENDANT BLAZE MEDIA LLC'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT**

Defendant Blaze Media LLC ("Blaze Media"), by counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully submits this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. In support of this motion, Blaze Media states as follows:

1.      On April 21, 2026, Plaintiff Shauni Kerkhoff ("Plaintiff") filed her Complaint in this matter (Dkt. 1) ("Complaint").

2.      On April 23, 2026, the parties stipulated that counsel for Blaze Media from Foley Hoag LLP accepted service of the Summons and Complaint on behalf of Blaze Media, with service effective as of that date (Dkt. 7-2). On the same date, Plaintiff's counsel confirmed their client's agreement not to oppose Blaze Media's request to set Blaze Media's deadline to file an answer or otherwise respond to the Complaint to June 11, 2026.

3. On May 15, 2026, Blaze Media filed an unopposed motion for extension of time to set the deadline for it to answer or otherwise respond to the Complaint to June 11, 2026.

4. On May 20, 2026, the Court granted Blaze Media's motion.

5. On May 22, 2026, Blaze Media retained additional counsel from Torridon Law PLLC ("Torridon Law"), to assist in its defense of this matter.

6. Counsel from Torridon Law are in the process of diligently familiarizing themselves with this matter, including the extensive allegations in Plaintiff's 126-page Complaint, but they require additional time to effectively aid in the development and presentation of Blaze Media's defense.

7. Blaze Media respectfully requests an extension of twenty-eight (28) days, to and including July 9, 2026, in which to file its answer, move to dismiss, or otherwise respond to Plaintiff's Complaint, in order to permit newly retained counsel sufficient time to familiarize themselves with the facts of the case, investigate the allegations in Plaintiff's 126-page Complaint, and prepare an appropriate response that will most efficiently advance this litigation.

8. This is the second request for an extension of time on behalf of Blaze Media. The request is sought in good faith and not for the purposes of delay, and no party will be prejudiced by the relief requested.

9. As stated above, counsel for Blaze Media has conferred with counsel for Plaintiff and Plaintiff does not oppose this motion. Pursuant to Local Civil Rule 7(E), the parties waive a hearing on this motion.

WHEREFORE, Defendant Blaze Media prays that this Court grant its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and for such further relief as this Court deems proper and just.

DATED:  June 1, 2026

Respectfully Submitted,

Patrick F. Philbin (*pro hac vice forthcoming*)
Kyle T. West (*pro hac vice forthcoming*)
Matt J. Bendisz (*pro hac vice forthcoming*)
**TORRIDON LAW PLLC**
801 Seventeenth Street NW
Suite 1100
Washington, DC 20006
(202) 249-6900
pphilbin@torridonlaw.com
kwest@torridonlaw.com
mbendisz@torridonlaw.com

*/s/ Matthew Piscitelli*
Matthew Piscitelli (VSB No. 92464)
**FOLEY HOAG LLP**
1717 K Street NW
Washington, DC 20006
(202) 223-1200
mpiscitelli@foleyhoag.com

*Attorneys for Defendant Blaze Media LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify on the 1st day of June, 2026, I electronically filed the foregoing document

via the Court's CM/ECF system to all counsel of record in this action.


*/s/ Matthew Piscitelli*
Matthew Piscitelli