**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

SHAUNI KERKHOFF,                                   )
                                        )
    Plaintiff,                                     )
                                          )
                                          )
v.                                                  )
                                          )    Case No. 1:26-cv-01078
BLAZE MEDIA LLC, a Delaware limited                 )
liability company, STEPHEN M. BAKER,                )
an individual, JOSEPH M. HANNEMAN,                  )
an individual;                                      )
and VERITAS REGNAT LLC, a                           )
Wisconsin limited liability company.                )
                                          )
    Defendants.                                    )

**<u>DEFENDANTS STEPHEN M. BAKER, JOSEPH M. HANNEMAN, AND
VERITAS REGNAT LLC'S MOTION TO SET ASIDE ENTRY OF DEFAULT</u>**

Defendants Stephen M. Baker and Joseph M. Hanneman, and Veritas Regnat

LLC (collectively "Defendants") move this Court, pursuant to Federal Rule of Civil

Procedure 55(c), to set aside the Clerk's entry of default against them (Dkt. 21, 22,

23.)

Good cause exists to do so. First, Defendants have meritorious defenses to

every claim, including defenses grounded in the First Amendment, which protects the

journalism for which the Defendants have been sued. Second, Defendants did not

ignore this lawsuit. They have diligently sought representation through their former

employer and moved to cure the default the moment counsel was in place. Third,

Plaintiff suffers no prejudice from that brief delay; there is no history of dilatory

1

conduct, and less drastic remedies remain available. Finally, the Clerk has entered a default—not a default judgment—so the lenient Rule 55(c) standard governs, and the Fourth Circuit's strong preference for deciding cases on their merits resolves this motion in Defendants' favor.

The grounds for this Motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference. To avoid any further delay, Defendants propose responding to the Complaint within 14 days of the Court's ruling on the instant Motion. Defendants attempted to confer with counsel for Plaintiff regarding this Motion earlier today but were unable to obtain Plaintiff's position before its filing.

WHEREFORE, Defendants Stephen M. Baker, Joseph M. Hanneman, and Veritas Regnat LLC respectfully request that the Court set aside the Clerk's entry of default (Dkt. 21, 22, 23), accept their proposed schedule for responding to the complaint, and grant such other and further relief as the Court deems just and proper.

Dated: June 15, 2026                    Respectfully submitted,

                                        */s/ Andrew T. George*

                                        Andrew T. George (VA Bar No. 88389)
                                        BOURELLY, GEORGE + BRODEY PLLC
                                        1050 30th Street NW
                                        Washington, D.C. 20007
                                        Tel.: (202) 341-8805
                                        Fax: (845) 633-4240
                                        andrew.george@bgblawyers.com

                                        */s/ Zachary C. Lawson*
                                        J. Alex Little (*pro hac vice* pending)

2

Zachary C. Lawson (*pro hac vice* pending)
John R. Glover (*pro hac vice* pending)
Litson PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
Telephone: 615-985-8205
alex@litson.co
zack@litson.co
jr@litson.co

*Attorneys for Defendants Stephen M. Baker, Joseph M. Hanneman, and Veritas Regnat LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will serve it upon all counsel of record.

*/s/ Andrew T. George*
Andrew T. George

3