## DECLARATION OF JOSEPH M. HANNEMAN

1.      I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts stated herein.

2.      I am a defendant in this action and a longtime investigative reporter. I submit this declaration in support of Defendants' Motion to Set Aside Entry of Default.

3.      I was served with the Summons and Complaint in this action on April 25, 2026. My deadline to respond was May 18, 2026.

4.      Upon being served, I reviewed the Complaint. The Complaint is 127 pages long and asserts five counts of defamation and defamation by implication. Given the complexity and magnitude of the claims, I immediately understood that I would need legal counsel to respond.

5.      I do not have the financial resources to retain defense counsel on my own in a case of this nature. I am an individual journalist, not a corporation or media company with in-house counsel or litigation reserves. I simply could not afford to pay for defense counsel in a complex federal defamation lawsuit of this scale.

6.      The lawsuit challenges statements that were published in the course of my work as a reporter for Blaze Media LLC. I therefore understood that Blaze Media—as my former employer and the entity that directed and published the reporting at issue—would be the appropriate entity to arrange for and underwrite my legal defense.

1

7. Following service of process, I communicated with Blaze Media about securing legal representation for me in this action. I was told that Blaze Media intended to arrange for counsel on my behalf, and I relied on those representations in good faith.

8. Over the following weeks, I followed up with Blaze Media and my chosen counsel, Litson PLLC, on multiple occasions regarding the status of the representation. Finalizing those arrangements—including confirming whether my chosen counsel would be approved to represent me and on what terms—took longer than I expected.

9. Throughout this entire period, I was not ignoring this lawsuit or this Court. I was actively and diligently working to obtain the legal representation I needed. I did not choose to default. I did not intend to delay these proceedings. At no point did I decide to disregard this Court or its process.

10. I was unfamiliar with all of the applicable procedural deadlines in federal court, and I did not fully appreciate the risk that a default could be entered against me while I awaited confirmation of representation from Blaze Media.

11. Once counsel was retained on Thursday, June 11, 2026, I cooperated fully and promptly with my attorneys in preparing this motion. I am committed to defending this case on the merits.

2

Docusign Envelope ID: BEF91687-5F99-84CF-823F-740194F7C079

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed by:

*Joseph Hanneman*
507FD1C2BFF2407...

JOSEPH M. HANNEMAN

Date: June 6/15/2026 , 2026

3