IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

SHAUNI KERKHOFF

              Plaintiff,

v.

BLAZE MEDIA LLC, a Delaware limited
liability company; STEPHEN M. BAKER, an
individual; JOSEPH M. HANNEMAN, an
individual; and VERITAS REGNAT LLC, a
Wisconsin limited liability company.

              Defendants.

Case No. 1:26-cv-1078-RDA-WEF

**ORDER**

This matter is before the Court on its own initiative to reschedule the motion hearing currently scheduled for July 10, 2026 at 10:00 a.m. in Courtroom 500.

It is hereby,

**ORDERED** that the hearing is **CONTINUED** to July 17, 2026, at 10:00 a.m. in Courtroom 500.

**ENTERED** this 17th day of June, 2026.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE