**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| SHAUNI KERKHOFF,<br><br>       Plaintiff,<br><br>    v.<br><br>BLAZE MEDIA LLC;<br>STEPHEN M. BAKER; JOSEPH M.<br>HANNEMAN; and VERITAS REGNAT<br>LLC.<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:26-cv-01078<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF CAMILLA J. HUNDLEY IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT**

I, Camilla J. Hundley, declare as follows:

1.      I am an associate at Clare Locke LLP and counsel for Plaintiff Shauni Kerkhoff in the above-captioned action. I am a member in good standing of the Virginia State Bar (VSB No. 100257) and am admitted to practice before this Court. I am over the age of eighteen and am not a party to this action. I have personal knowledge of the facts set forth herein.

2.      I submit this Declaration in support of Plaintiff's Opposition to Defendants Stephen M. Baker, Joseph M. Hanneman, and Veritas Regnat LLC's Motion to Set Aside Entry of Default.

**PROCEDURAL HISTORY**

3.      On April 21, 2026, Plaintiff filed her Complaint in this action, asserting claims for defamation and defamation by implication against Defendants Blaze Media LLC, Baker, Hanneman, and Veritas Regnat LLC. (Dkt. 1.)

4.      On April 22, 2026, Defendant Baker was served with the Summons and Complaint. (Dkt. 9.) His responsive pleading was due on May 13, 2026.

5.     On April 25, 2026, Defendants Hanneman and Veritas Regnat were served with the Summons and Complaint.  (Dkts. 10, 11.)  Their responsive pleadings were due on May 18, 2026.

6.     None of Defendants Baker, Hanneman, or Veritas Regnat filed a responsive pleading or otherwise appeared within the time required by the Federal Rules of Civil Procedure. On May 15, 2026, Plaintiff requested entry of default as to Defendant Baker, and on May 19, 2026, Plaintiff requested entry of default as to Defendants Hanneman and Veritas Regnat.

7.     On May 21, 2026, the Clerk of Court entered default against Defendants Baker, Hanneman, and Veritas Regnat.  (Dkts. 21–23.)

8.     That same day, the Court directed Plaintiff to move for default judgment against the defaulting Defendants.  (Dkt. 20.)  As directed, I forwarded a copy of the Court's order to each of those Defendants by mail, and it was delivered to their respective addresses on May 22, 2026.

9.     On June 15, 2026, counsel for Baker, Hanneman, and Veritas Regnat advised Plaintiff's counsel of their intent to appear and move to set aside the entry of default, and that same day, filed the present Motion.  (Dkt. 35.)

10.     I submit this Declaration for the purpose of authenticating the documents attached hereto as exhibits.  I am familiar with the facts and circumstances of this case, and I have personally reviewed each of the exhibits attached to this Declaration.

## SUPPORTING EVIDENCE

11.     Attached as **Exhibit 1** is a true and correct copy of the January 16, 2026 retraction demand and litigation hold notice from Clare Locke LLP to Stephen M. Baker.

12.     Attached as **Exhibit 2** is a true and correct copy of the January 16, 2016 retraction demand and litigation hold notice from Clare Locke LLP to Joseph M. Hanneman.

2

13.     Attached as **Exhibit 3** is a true and correct copy of correspondence between Clare Locke LLP and Michael Grygiel, counsel for Blaze Media LLC, including emails dated April 1, 2026 and April 9, 2026, in which Mr. Grygiel advised Plaintiff's counsel that he no longer represented Defendants Stephen M. Baker and Joseph M. Hanneman, respectively.

14.     Attached as **Exhibit 4** is a true and correct copy of an April 4, 2026 post published by Defendant Stephen M. Baker on the social-media platform X.

15.     Attached as **Exhibit 5** is a true and correct copy of an April 5, 2026 post published by Defendant Stephen M. Baker on the social-media platform X.

16.     Attached as **Exhibit 6** is a true and correct copy of an April 21, 2026 post published by Defendant Stephen M. Baker on the social-media platform X.

17.     Attached as **Exhibit 7** is a true and correct copy of a transcript of Defendant Stephen M. Baker's April 21, 2026 appearance on the Rob Manness Show.

18.     Attached as **Exhibit 8** is a true and correct copy of an April 23, 2026 post published by Defendant Baker on X.

19.     Attached as **Exhibit 9** is a true and correct copy of an April 25, 2026 post published by Defendant Baker on X.

20.     Attached as **Exhibit 10** is a true and correct copy of an article published by Defendants Hanneman and Veritas Regnat on April 29, 2026 on the website https://www.veritasregnat.com.

21.     Attached as **Exhibit 11** is a true and correct copy of a May 7, 2026 post published by Defendant Baker on X.

22.     Attached as **Exhibit 12** is a true and correct copy of a May 18, 2026 post published by Defendant Baker on X.

23.     Attached as **Exhibit 13** is a true and correct copy of a May 18, 2026 post and reply thread published by Defendant Baker on X.

24.     Attached as **Exhibit 14** are true and correct copies of May 26, 2026 proofs-of-delivery for mailing confirming delivery of this Court's Order regarding entry of default to Baker, Hanneman, and Veritas Regnat LLC.

25.     Attached as **Exhibit 15** is a true and correct copy of correspondence between Clare Locke LLP and Zack Lawson, counsel for Defendants Baker, Hanneman, and Veritas Regnat LLC, including emails dated June 15, June 17, and June 23, 2026, concerning Defendants' intended motion to set aside the entry of default and Plaintiff's position on that motion.

26.     Attached as **Exhibit 16** is a true and correct copy of the GiveSendGo website, https://www.givesendgo.com/veritasregnat, established by Defendants for funding Veritas Regnat LLC as of June 29, 2026 at 10:22 am ET.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2026, in Alexandria, Virginia.

 

_____
Camilla J. Hundley