## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **SHAUNI KERKHOFF**, <br><br> *Plaintiff,* <br><br> v. <br><br> **BLAZE MEDIA LLC**, a Delaware limited liability company; **STEPHEN M. BAKER**, an individual; **JOSEPH M. HANNEMAN**, an individual; and **VERITAS REGNAT LLC**, a Wisconsin limited liability company. <br><br> *Defendants.* | Civil Action No. 1:26-cv-01078-RDA-WEF |

### DEFENDANT BLAZE MEDIA LLC'S MOTION TO DISMISS

Defendant Blaze Media LLC respectfully moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the Complaint filed by Plaintiff based on Defendant's memorandum of law.

As set forth more fully in Blaze Media's memorandum, this defamation action has been brought by a public official based on accurate news reporting on a matter of significant public import. The Complaint fails for multiple reasons, including because Plaintiff has failed to plead that the publications upon which her claims are based were published with actual malice. This compels dismissal under Fed. R. Civ. P. 12(b)(6) and Va. Code § 8.01-223.2 (2025).

For these reasons and those detailed in the accompanying memorandum, the Complaint should be dismissed with prejudice.

Dated: July 9, 2026
      Washington, D.C.

              Respectfully submitted,

By: /s/*Matthew Piscitelli*

      Matthew Piscitelli (VSB No. 92464)
      FOLEY HOAG LLP
      1717 K Street NW
      Washington, DC 20006
      (202) 223-1200
      MPiscitelli@foleyhoag.com

      Michael J. Grygiel (*pro hac vice*)
      Kelly L. McNamee (*pro hac vice*)
      Amanda S. Coleman (*pro hac vice*)
      FOLEY HOAG LLP
      1301 Avenue of the Americas
      New York, NY 10019
      (212) 812-0400
      MGrygiel@FoleyHoag.com
      KMcNamee@FoleyHoag.com
      AColeman@FoleyHoag.com

      Patrick F. Philbin (*pro hac vice application forthcoming*)
      Kyle T. West (*pro hac vice application forthcoming*)
      TORRIDON LAW PLLC
      801 Seventeenth Street NW, Suite 1100
      Washington, DC 20006
      (202) 249-6900
      pphilbin@torridonlaw.com
      kwest@torridonlaw.com

      *Counsel for Defendant Blaze Media LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on July 9, 2026, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will serve a copy on all counsel of record.


*/s/ Matthew Piscitelli*
Matthew Piscitelli (VSB No. 92464)

3