UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

SHAUNI KERKHOFF,

     Plaintiff,

v.

BLAZE MEDIA LLC;
STEPHEN M. BAKER;
JOSEPH M. HANNEMAN;
and VERITAS REGNAT LLC.

     Defendants.

Case No. 1:26-cv-1078-RDA-WEF

## **ORDER**

This matter comes before the Court on Defendants' June 15, 2026 Motion to Set Aside Entry of Default (Dkt. 35) and the parties' July 10, 2026 Joint Stipulation seeking to resolve the Defendants' Motion to Set Aside Entry of Default. Dkt. 66. Plaintiff Shauni Kerkhoff and Defendants Stephen M. Baker, Joseph M. Hanneman, and Veritas Regnat LLC stipulate and agree as follows:

1.    **Service of Process**. Each Defendant acknowledges that he or it was properly and validly served with the Summons and Complaint in this action—Defendant Baker on April 22, 2026 (Dkt. 9), and Defendants Hanneman and Veritas Regnat LLC on April 25, 2026 (Dkts. 10, 11)—and each Defendant waives any defense or objection based on the sufficiency of process or service of process.

2.    **Default.** Each Defendant acknowledges that the Entries of Default were properly

entered pursuant to Federal Rule of Civil Procedure 55(a).

3.      **Payment.** In consideration of the Agreement, Defendants Baker and Hanneman have agreed to pay a portion of Plaintiff's attorneys' fees and costs incurred as a result of their default.

4.      **Withdrawal of Opposition**. Plaintiff withdraws the Opposition and consents to the setting aside of the Entries of Default.

5.      **Preservation of the Record**. Plaintiff's withdrawal of the Opposition operates solely as a withdrawal of her request that the Court deny the Motion; it is not a withdrawal, retraction, or striking of any filing from the record. The Motion, the Opposition, and all briefing, declarations, exhibits, and other evidence filed in connection with them, including the Declarations of Stephen M. Baker (Dkt. 41) and Joseph M. Hanneman (Dkt. 42) and the Declaration of Camilla J. Hundley (Dkt. 44) and exhibits thereto (Dkt. 45), shall remain a part of the record in this action, and any Party may rely on, cite, or otherwise use those materials for any purpose in this action to the extent permitted by the Federal Rules of Evidence and Federal Rules of Civil Procedure.

6.      **Joint Request.** The Parties jointly and respectfully request that the Court enter an Order (i) setting aside the Entries of Default (Dkts. 21, 22, 23), and (ii) directing Defendants to answer or otherwise respond to the Complaint within fourteen (14) days of entry of that Order.

Upon consideration of the foregoing Joint Stipulation, and for good cause shown, it is hereby

**ORDERED** the Joint Stipulation is **APPROVED**; it is further

**ORDERED** Defendants' Motion to Set Aside Entry of Default (Dkt. 35) is **GRANTED**; it is further

**ORDERED** the Clerk's entries of default against Defendants Stephen M. Baker, Joseph M. Hanneman, and Veritas Regnat LLC (Dkts. 21, 22, 23) are **SET ASIDE**; it is further

**ORDERED** Defendants Stephen M. Baker, Joseph M. Hanneman, and Veritas Regnat LLC are **DIRECTED** to answer or otherwise respond to Plaintiff's Complaint within fourteen (14) days from entry of this Order; and it is further

**ORDERED** the Motion hearing set in this matter for July 17, 2026 is **CANCELLED**.

**ENTERED** this 13th day of July, 2026.

*William E. Fitzpatrick*

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE