IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SHAUNI KERKHOFF,      )
            )
  Plaintiff,       )
            )
  v.          )   Civil Action No. 1:26-cv-1078 (RDA/WEF)
            )
BLAZE MEDIA LLC, *et al.*,    )
            )
  Defendants.      )

## ORDER

This matter comes before the Court on the Court's review of the docket. On July 23, 2026, Plaintiff filed an Amended Complaint. Dkt. 70. Because the Amended Complaint is now the operative complaint, the pending Motions (Dkts. 61, 63) are now moot.

Accordingly, it is hereby ORDERED that the pending Motions (Dkts. 61, 63) are DENIED as moot in light of the Amended Complaint.

IT IS SO ORDERED.

Alexandria, Virginia
July 2⁹, 2026

          /s/
        Rossie D. Alston, Jr.
        United States District Judge