**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **SHAUNI KERKHOFF**,<br><br>              *Plaintiff,*<br><br>       v.<br><br>**BLAZE MEDIA LLC**, a Delaware limited liability company; **STEPHEN M. BAKER**, an individual; **JOSEPH M. HANNEMAN**, an individual; and **VERITAS REGNAT LLC**, a Wisconsin limited liability company.<br><br>              *Defendants.* | Civil Action No. 1:26-cv-01078-RDA-WEF |

### DEFENDANT BLAZE MEDIA LLC'S MOTION TO DISMISS

Defendant Blaze Media LLC respectfully moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the Amended Complaint filed by Plaintiff based on Defendant's memorandum of law.

As set forth more fully in Blaze Media's memorandum, this defamation action has been brought by a public official based on accurate news reporting on a matter of significant public import. The Amended Complaint fails for multiple reasons, including because Plaintiff has failed to plead that the publications upon which her claims are based were published with actual malice. This compels dismissal under Fed. R. Civ. P. 12(b)(6) and Va. Code § 8.01-223.2 (2025).

For these reasons and those detailed in the accompanying memorandum, the Amended Complaint should be dismissed with prejudice.

Dated: August 6, 2026
      Washington, D.C.

                     Respectfully submitted,

By: /s/*Matthew Piscitelli*

     Matthew Piscitelli (VSB No. 92464)
     FOLEY HOAG LLP
     1717 K Street NW
     Washington, DC 20006
     (202) 223-1200
     MPiscitelli@foleyhoag.com

     Michael J. Grygiel (*pro hac vice*)
     Kelly L. McNamee (*pro hac vice*)
     Amanda S. Coleman (*pro hac vice*)
     FOLEY HOAG LLP
     1301 Avenue of the Americas
     New York, NY 10019
     (212) 812-0400
     MGrygiel@FoleyHoag.com
     KMcNamee@FoleyHoag.com
     AColeman@FoleyHoag.com

     Patrick F. Philbin (*pro hac vice*)
     Kyle T. West (*pro hac vice*)
     TORRIDON LAW PLLC
     801 Seventeenth Street NW, Suite 1100
     Washington, DC 20006
     (202) 249-6900
     pphilbin@torridonlaw.com
     kwest@torridonlaw.com
     mbendisz@torridonlaw.com

     *Counsel for Defendant Blaze Media LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 6, 2026, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will serve a copy on all counsel of record.


*/s/ Matthew Piscitelli*

Matthew Piscitelli (VSB No. 92464)

3