## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| SHAUNI KERKHOFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:26-cv-01078-RDA-WEF |
| | ) | |
| BLAZE MEDIA LLC, a Delaware limited | ) | |
| liability company, STEPHEN M. BAKER, an | ) | |
| individual, JOSEPH M. HANNEMAN, an | ) | |
| individual; and VERITAS REGNAT LLC, a | ) | |
| Wisconsin limited liability company. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS STEPHEN M. BAKER, JOSEPH M. HANNEMAN, AND VERITAS REGNAT LLC'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(2), (6), Defendants Stephen M. Baker, Joseph M. Hanneman, and Veritas Regnat LLC respectfully move the Court to dismiss all claims asserted against them, including Counts Two, Three, Five, and Six of the Amended Complaint (Dkt. 70), with prejudice.

1.      Veritas Regnat LLC moves to dismiss Counts Three and Six for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2).

2.      All three Defendants move to dismiss each count asserted against them for failure to state a claim under Fed. R. Civ. P. 12(b)(6):

   a. The challenged statements are not reasonably capable of the defamatory meaning the Complaint ascribes to them, are true or unchallenged, or are protected expressions of opinion;

1

b.   The Complaint fails to plead facts plausibly showing that any Defendant published any challenged statement with actual malice, as the First Amendment requires;

c.   Count Three names the entity Veritas Regnat, but it did not exist when the challenged article was published and cannot, therefore, be liable for defamation;

d.   Count Five is barred as to Mr. Hanneman by Section 230 of the Communications Decency Act, 47 U.S.C. § 230(c)(1); and

e.   All claims are independently barred by Virginia's anti-SLAPP statute, Va. Code § 8.01-223.2.

3.     The grounds for this Motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference. A proposed order is attached.

WHEREFORE, Defendants Stephen M. Baker, Joseph M. Hanneman, and Veritas Regnat LLC respectfully request that the Court dismiss Counts Two, Three, Five, and Six of the Amended Complaint with prejudice, and grant such other and further relief as the Court deems just and proper.

Dated: August 6, 2026                    Respectfully submitted,

*/s/ Andrew T. George*
Andrew T. George (VA Bar No. 88389)
BOURELLY, GEORGE + BRODEY PLLC
1050 30th Street NW
Washington, D.C. 20007
Tel.: (202) 341-8805
Fax: (845) 633-4240
andrew.george@bgblawyers.com

*/s/ Zachary C. Lawson*
J. Alex Little (*pro hac vice*)
Zachary C. Lawson (*pro hac vice*)
John R. Glover (*pro hac vice*)

2

LITSON PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
Tel.: (615) 985-8205
alex@litson.co | zack@litson.co | jr@litson.co

*Attorneys for Defendants Stephen M. Baker,
Joseph M. Hanneman, and Veritas Regnat LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send a notification of such filing to all counsel

of record.

*/s/ Andrew T. George*
Andrew T. George

3