**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| SHAUNI KERKHOFF,<br><br>*Plaintiff*,<br><br>v.<br><br>BLAZE MEDIA LLC;<br>STEPHEN M. BAKER; JOSEPH M. HANNEMAN; and VERITAS REGNAT LLC.<br><br>*Defendants*. | ) | Civil Action No. 1:26-cv-01078-RDA-WEF |

**ORDER**

Before the Court is Plaintiff Shauni Kerkhoff's Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss and Anti-SLAPP Motions, up to and including September 21, 2026. Upon careful consideration and a showing of good cause;

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss and Anti-SLAPP Motions (Dkt. 92) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is granted up to and including September 21, 2026 to file her responses in opposition to Defendant Blaze Media LLC's Motion to Dismiss (Dkt. 81), Defendant Blaze Media LLC's Anti-SLAPP Motion for Attorneys' Fees and Costs (Dkt. 83), Defendants Stephen M. Baker, Joseph M. Hanneman, and Veritas Regnat LLC's Motion to Dismiss (Dkt. 86), and Defendants Stephen M. Baker, Joseph M. Hanneman, and Veritas Regnat LLC's Anti-SLAPP Motion for Attorneys' Fees and Costs (Dkt. 89).

It is **SO ORDERED**, this 18th day of August, 2026.

/s/

Rossie D. Alston, Jr.
United States District Judge